# Exhibit 2

3170 Campbells Lane Co., Inc
Balance Sheet
December 30, 2018

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Petty Cash | $ 83,425.64 | |
| Bank Accounts | 1,963.56 | |
| Intercompany | 0.00 | |
| Bank Deposit Clearing | (47,157.31) | |
| Payroll Clearing | (306,246.78) | |
| Payroll Tax Suspense Acct | 0.00 | |
| A/R - Employees | 4,171.02 | |
| A/R - Shoes | (130.24) | |
| A/R - 401(k) | 0.00 | |
| A/R - Other | (194.50) | |
| Inventory | 267,938.68 | |
| Smallwares | 235,608.67 | |
| Prepaid Expenses | 0.00 | |
| Prepaid Loan Deposits | 4,486.07 | |
| Store Capital Deposits | 2,500,000.00 | |
| Prepaid Ohio Work Comp Ins. | (1,202.85) | |
| Total Current Assets | | 2,742,661.96 |
| **Property and Equipment** | | |
| Buildings | 0.00 | |
| Accum Deprec-Buildings | 0.00 | |
| Land | 1,394,040.00 | |
| Parking Lot Improvements | 0.00 | |
| Accum Deprec-Parking Lots | 0.00 | |
| Capitalized Outside Maint. | 45,502.50 | |
| Acc. Depr. - Capt.Maint. | (1,516.81) | |
| Signs | 0.00 | |
| Equipment | 2,828,973.57 | |
| Accum Deprec-Equipment | (425,593.44) | |
| Vehicles | 0.00 | |
| Unamortized Leasehold Improvem | 1,720,546.45 | |
| Acc. Depr.-Bonus Deprec. | (2,562,000.00) | |
| Total Property and Equipment | | 2,999,952.27 |
| **Other Assets** | | |
| Utility Deposits | 158,447.32 | |
| Tax Escrow - FNB Mortgage | 2,109.49 | |
| Unamortized Organizational Exp | 210,366.63 | |
| Unamortized Goodwill | 6,493,252.99 | |
| Closing Costs - FNB Mortgage | 51,681.75 | |
| Acc. Amort-FNB Closing Costs | (416.48) | |
| Franchise Transfer Fee | 52,000.00 | |
| Total Other Assets | | 6,967,441.70 |
| **Total Assets** | | $ 12,710,055.93 |

## LIABILITIES AND CAPITAL

| | |
|---|---:|
| **Current Liabilities** | |
| Credit Card - M/C & VISA | $ 0.00 |
| Credit Card - Discover | 0.00 |
| Credit Card - AMEX | 0.00 |
| Short Term Loans | 150,417.30 |
| Credit Line - RGL | 500,000.00 |
| Accounts Payable | 2,292,959.71 |

Unaudited - For Management Purposes Only

317 Campbells Lane Co., Inc
Balance Sheet
December 30, 2018

| | | |
|---|---:|---:|
| Franchise Fees Payable | 973,773.52 | |
| Advertising Fees Payable | 232,556.29 | |
| Credit Cards Payable | 3.95 | |
| Sales Tax Payable | 1,262,441.02 | |
| FIT Payable | (3,409.31) | |
| FICA Payable | (6,583.40) | |
| City Tax Payable | (1,428.45) | |
| Suspense - State Inc. Tax Pay. | 0.00 | |
| State Income Tax Payable | (1,128.28) | |
| PA EE UC Withheld | (23.61) | |
| LST Payable | 176.00 | |
| Accrued Payroll Taxes | 0.00 | |
| Accrued NY State Disability | (926.74) | |
| Accrued Ohio CAT Tax | 5,500.00 | |
| Accrued Utilities Payable | (10,712.90) | |
| Acquisition Expenses Payable | 0.00 | |
| Accrued Payroll | 0.00 | |
| Accrued Real Estate Taxes | 169,024.58 | |
| Accrued Rent | 0.00 | |
| 401(k) Payable | 0.00 | |
| Accrued Interest Payable | 41.10 | |
| "Give Kids the World" | 11,594.82 | |
| Gift Cards | 18,712.00 | |
| Current Portion - LT Debt | 18,400.00 | |
| Loan Payable - Store Capital | 1,117,920.11 | |
| Officer Loan Payable - ST | 0.00 | |
| Loan Payable - L-Four LP | 800,000.00 | |
| Auto Loan - Ally | 0.00 | |
| Total Current Liabilities | | 7,529,307.71 |
| Long-Term Liabilities | | |
| Commissions Payable | 0.00 | |
| Mortgage Payable | 0.00 | |
| Loan from Shareholders | 13,840.00 | |
| Officer Loan Payable - LT | (575,000.00) | |
| Loan Payable - GSG | 115,314.22 | |
| Loan Payable - Ascentium | 69,197.89 | |
| Mortgage Payable - FNB | 640,897.30 | |
| Mortgage Payable - Upfront | 0.00 | |
| Mortgage Pay. - Disam Holdings | 0.00 | |
| Total Long-Term Liabilities | | 264,249.41 |
| Total Liabilities | | 7,793,557.12 |
| Capital | | |
| Common Stock | 1,000.00 | |
| Paid In Capital | 4,837,255.00 | |
| Retained Earnings | 0.00 | |
| Members Distrtibutions | (13,100.00) | |
| Net Income | 88,269.94 | |
| Total Capital | | 4,913,424.94 |
| Total Liabilities & Capital | $ | 12,706,982.06 |

Unaudited - For Management Purposes Only

## 5171 Campbells Land Co, Inc.
### Income Statement
### For the Thirteen Months Ending December 30, 2018

| | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Sales-Dining Room | $ 2,644,664.43 | 108.36 | $ 30,783,352.64 | 99.91 |
| Sales-Exempt | 1,738.17 | 0.07 | 806,189.45 | 2.62 |
| Other Income | 0.00 | 0.00 | (6,010.72) | (0.02) |
| Rebates | 0.00 | 0.00 | 117,048.09 | 0.38 |
| Discount Earned | (205,757.01) | (8.43) | (902,243.23) | (2.93) |
| Total Revenues | 2,440,645.59 | 100.00 | 30,810,357.67 | 100.00 |
| | | | | |
| **Cost of Sales** | | | | |
| Purchases-Food | 854,082.99 | 34.99 | 9,165,182.54 | 29.75 |
| Gross Wages-Manager | 220,440.94 | 9.03 | 2,642,369.42 | 8.58 |
| Gross Wages-Administration | 118,533.37 | 4.86 | 1,512,619.69 | 4.91 |
| Gross Wages-Service | 122,887.61 | 5.04 | 1,615,796.33 | 5.24 |
| Gross Wages-Preparation | 241,323.62 | 9.89 | 3,131,051.94 | 10.16 |
| Gross Wages-Maintenance | 56,597.05 | 2.32 | 710,023.73 | 2.30 |
| Total Cost of Sales | 1,613,865.58 | 66.12 | 18,777,043.65 | 60.94 |
| | | | | |
| Gross Profit | 826,780.01 | 33.88 | 12,033,314.02 | 39.06 |
| | | | | |
| **Expenses** | | | | |
| Suspense Account - Expenses | 0.00 | 0.00 | 2,279.36 | 0.01 |
| Bonus Pay | 0.00 | 0.00 | 23,731.00 | 0.08 |
| Vacation Pay | 16,909.60 | 0.69 | 230,039.08 | 0.75 |
| Uniforms | 65.50 | 0.00 | 3,043.37 | 0.01 |
| Gross Wages-Mgr. Trainee | 8,258.79 | 0.34 | 138,790.62 | 0.45 |
| Operating Supplies-Paper | 46,343.88 | 1.90 | 430,894.40 | 1.40 |
| Operating Supplies-Janitor | 16,781.78 | 0.69 | 246,505.56 | 0.80 |
| Operating Supplies-China/Silve | 8,358.41 | 0.34 | 206,787.22 | 0.67 |
| Operating Supplies-Misc. | 0.00 | 0.00 | 0.00 | 0.00 |
| Operating Supplies-Memo-Gst | 246.08 | 0.01 | 18,927.75 | 0.06 |
| Office Expense | (41,344.02) | (1.69) | 174,787.06 | 0.57 |
| Postage | 35.10 | 0.00 | 497.01 | 0.00 |
| Credit Card Fees | 38,939.41 | 1.60 | 379,398.32 | 1.23 |
| Credit Card Chargebacks | 401.62 | 0.02 | 1,255.51 | 0.00 |
| Gift Card Fees | 447.48 | 0.02 | 2,057.84 | 0.01 |
| Business & Promotions | 6,100.00 | 0.25 | 6,987.20 | 0.02 |
| Utilities | 124,985.15 | 5.12 | 1,484,674.25 | 4.82 |
| Telephone | 2,806.05 | 0.11 | 101,154.02 | 0.33 |
| Computer Services | 0.00 | 0.00 | 77,173.78 | 0.25 |
| Internet Service | 0.00 | 0.00 | 63,335.43 | 0.21 |
| Laundry | 8,850.54 | 0.36 | 116,896.89 | 0.38 |
| Real Estate Taxes | 33,289.50 | 1.36 | 528,756.28 | 1.72 |
| Other Licenses & Taxes | (52,000.00) | (2.13) | 20,706.39 | 0.07 |
| Payroll Taxes | (36,475.67) | (1.49) | 1,159,015.76 | 3.76 |
| State Corp. Tax | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance-Business | 8,155.68 | 0.33 | 305,794.70 | 0.99 |
| Repairs & Maintenance | (600,605.77) | (24.61) | 66,496.53 | 0.22 |
| Outside Maintenance | (43,125.90) | (1.77) | 64,531.88 | 0.21 |
| Trash Removal | 7,043.32 | 0.29 | 132,985.26 | 0.43 |
| Insurance-Group Medical | (12,464.82) | (0.51) | 429,229.82 | 1.39 |
| Depreciation | (111,517.07) | (4.57) | 427,110.25 | 1.39 |
| Bonus Depreciation | 2,562,000.00 | 104.97 | 2,562,000.00 | 8.32 |
| Equipment Lease | 12,908.08 | 0.53 | 38,786.18 | 0.13 |
| Amortization | 30,941.39 | 1.27 | 362,245.12 | 1.18 |
| Amortization-FNB Closing Costs | 0.00 | 0.00 | 416.48 | 0.00 |
| Rent | (28,268.35) | (1.16) | 2,455,133.78 | 7.97 |
| Music Service | 29.96 | 0.00 | 15,645.73 | 0.05 |
| Advertising | 72,659.06 | 2.98 | 945,827.30 | 3.07 |

For Management Purposes Only

5171 Campbells Land Co, Inc.
Income Statement
For the Thirteen Months Ending December 30, 2018

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| Franchise Royalties | 96,598.72 | 3.96 | 1,232,721.88 | 4.00 |
| Donations & Contributions | 0.00 | 0.00 | 25.00 | 0.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 1,270.00 | 0.00 |
| Payroll Processing Fees | 6,569.48 | 0.27 | 71,230.52 | 0.23 |
| Professional Fees | 95,937.21 | 3.93 | 266,299.54 | 0.86 |
| Consulting | (2,992.58) | (0.12) | 77,827.42 | 0.25 |
| Travel Expenses | (134,364.02) | (5.51) | 18,196.89 | 0.06 |
| Police Protection & Security | 0.00 | 0.00 | 563.92 | 0.00 |
| 401(k) Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Independent Contractor | (91,645.96) | (3.75) | 0.00 | 0.00 |
| Misc. Store Expense | 685.77 | 0.03 | 41,434.14 | 0.13 |
| Sales Reconcil. Short/Over | 0.09 | 0.00 | (836.73) | 0.00 |
| Cash Short/Over | 332.33 | 0.01 | 25,681.14 | 0.08 |
| Corporate Overhead Applied | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Wages-Corporate Office | 94,196.27 | 3.86 | 996,833.25 | 3.24 |
| Accounting Fees | 95.00 | 0.00 | 41,357.68 | 0.13 |
| Bank Charges | 1,766.36 | 0.07 | 86,119.60 | 0.28 |
| Financing Fees | (13,614.19) | (0.56) | 0.00 | 0.00 |
| Service Charges and Late Fees | 828.84 | 0.03 | 828.84 | 0.00 |
| Legal | 0.00 | 0.00 | 140,831.68 | 0.46 |
| Gain/Loss on Sale of Assets | (750,000.00) | (30.73) | (4,376,702.53) | (14.21) |
| Interest Expense | 20,514.72 | 0.84 | 97,464.71 | 0.32 |
| Total Expenses | 1,405,662.82 | 57.59 | 11,945,044.08 | 38.77 |
| Net Income | $ (578,882.81) | (23.72) | $ 88,269.94 | 0.29 |

For Management Purposes Only