# Exhibit 3

# The Lynch Law Group

Michael Oliverio, Esq.
moliverio@lynchlaw-group.com

June 5, 2019

*Via Email (rcooney@lampllaw.com)*

5171 Campbells Land Co., Inc.
C/O Mr. Ryan Cooney, Esq.
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Ave., 4th Floor
Pittsburgh, PA 1522

**RE:     *FORBEARANCE AGREEMENT***

Dear Ryan:

As you are aware, this office represents Dr. Ronald Linaburg in various matters pending against your client, 5171 Campbells Land Co., Inc. ("5171 Campbells" or the "Company"). We are scheduled to appear before Judge Ward of the Complex Commercial Litigation Center in the Court of Common Pleas of Allegheny County tomorrow, June 6, 2019, on certain of those pending matters (the "Litigation").

As we have disclosed in several prior correspondences and conversations with the Company or chief legal counsel, Rob Dauer, Dr. Linaburg has been concerned about the accuracy of the Company's financial reporting since last year. As we disclosed to the Company last fall, Dr. Linaburg hired Louis Plung and Company to complete a forensic audit of the Company's financial statements. We requested assistance and access to the Company's complete books and records to enable that audit but were denied.

Nevertheless, based on the documents and information available to Dr. Linaburg, the auditors have completed their analysis of the Company's opening balance sheet. We have also been provided with a copy of the financial statements produced by the Company to Store Capital for the year-end 2018, and the auditors have completed an initial analysis and supplemental report evaluating those statements.

Based on these reports, it appears that the Company's financial statements are not being prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Moreover, the treatment of certain transactions and amounts appears to not to be in accordance with any recognized set of accounting principles, let alone GAAP standards. The effect of these actions appear to have been to overstate the equity of the Company and understate its liabilities by several

— LLG —

**www.lynchlaw-group.com**

501 Smith Drive, Suite 3 • Cranberry Township, PA 16066
375 Southpointe Boulevard, Suite 100 • Canonsburg, PA 15317
P: 724-776-8000 • F: 724-776-8001

Mr. Ryan Cooney, Esq.
June 5, 2019
Page 2

million dollars. In the most recent (year-end) financial reports provided to Store Capital, numerous adjustments have been made to prior entries that require further investigation / explanation.

As you will see from page three of the supplemental report, even accepting all of the Company's accounting statements as true, it appears that 5171 Campbells experienced an operating loss of roughly $4.3 million last year. If the financial statements are re-stated in accordance with GAAP, our auditors believe that would translate to a working capital deficit of over $12 million at the end of December. As the Company has been in operation for less than twelve month, this represents a frankly massive amount of money that the Company is losing every day that it operates.

Ultimately, without complete access to the Company's accounting system, our auditors are unable to render an unequivocal opinion. We therefore renew our request for complete access to the Company's financial records, specifically the general ledger system, in order to further investigate these matters. We will be presenting these reports tomorrow as support for our Complaint in Mandamus pending before Judge Ward.

We hope that the Company will reconsider granting us access and cooperation in completing a full scale investigation of the Company's financial statements in order to provide a reliable picture of the Company's financial health and its continuing viability as a going concern to ownership as well as creditors. Depending upon the outcome of such an investigation, of course, the Company may have significant legal claims against the individuals who have been responsible for the preparation of the financial statements, including Billy Kane, Rob Dauer, and Michael Sabatini.

Please accept this letter as formal tender of such claims to the Company, as well as notice of our intention to pursue such claims on behalf of the Company through shareholder derivative action, if necessary.

Sincerely,

THE LYNCH LAW GROUP, LLC
Michael P. Oliverio, Esq.

Enclosures (5171 Final.pdf and Final Financial Statement letter.pdf)

CC: Craig Ganz, counsel for Store Capital; Mark Santo, co-counsel for Dr. Ron Linaburg

**PRELIMINARY ANALYSIS OF OPENING BALANCE SHEET
OF 5171 CAMPBELLS LAND CO., LLC.**

**PRELIMINARY ANALYSIS OF OPENING BALANCE SHEET
OF 5171 CAMPBELLS LAND CO., LLC.**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| Key Findings Summary | 2 |
| Review of the Asset Purchase Agreement | 2 |
| Review of the Closing Statements and Related Journal Entries for the Sale/Leaseback Transaction | 4 |
| Sale/Leaseback of Stores to Store Capital | 5 |
| Capital Lease Accounting | 8 |
| Use of Additional Cash Obtained from Sale/Leaseback Transaction | 8 |
| Conclusions | 9 |
| Other Findings Subsequent to the Opening Balances | 10 |
| Information Relied Upon | 11 |

Exhibits

    Exhibit 1 – Goodwill

    Exhibit 2 – Paid-in-Capital

Attachments

    Attachment 1 - Opening Journal Entries – General Ledger

    Attachment 2 - Opening Journal Entries – Sabatini

    Attachment 3 - Flow of Funds for UV Closing



420 Ft. Duquesne Blvd, Ste 1900, Pittsburgh, PA  15222
Tel:  412-281-8771 • Fax:  412-281-7001
email:  info@louisplung.com

March 18, 2019


Daniel Lynch
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066


**In accordance with our engagement letter dated November 5, 2018, we have performed the following procedures:**

- Reviewed the Asset Purchase Agreement ('APA") dated January 26, 2018 by and between Unique Ventures Group, LLC and 5171 Campbell Land Co. LLC. ("5171") and related journal entries and prepared related journal entries;

- Tied flow of funds from the Settlement Sheets to the cash flows documented on the Trustee Closing Flow of Funds worksheets, in order to trace funds received from Dr. Ronald Linaburg;

- Compared flow of funds to the opening entries and the gain on sale entry (handwritten journal entries);

- Traced amounts paid by Store, Trustee, and 5171 from the Trustee Closing Flow of Funds;

- Reviewed Closing Statements and related journal entries for the Sale/Leaseback Transaction that occurred subsequent to the APA and prepared related journal entries;

Between January 26, 2018 and February 12, 2018, 5171, William Kane and his legal counsel, Robert Dauer, executed a series of transactions to acquire the assets of Unique Ventures Group, LLC. In order to facilitate the acquisition, many liabilities and costs of Unique Ventures Group LLC were required to be paid off. Third-party financing was inadequate to fund the acquisition and related costs. 5171 was underfunded and had no working capital to support its operations at closing. The true liabilities incurred by 5171 Campbells Co., Inc. as a result of these transactions were also not accurately recorded in the Company's book by its CPA, Michael Sabatini. Ultimately, this results in a working capital shortfall of at least $1,289,259 prior to the first day of operations, a deficit the Company had no ability to recover from. This report represents our effort to accurately portray the opening balance sheet of 5171 based on our analysis of the initial purchase transaction and subsequent sale/leaseback of the assets of Unique Ventures out of bankruptcy.

## Key Findings Summary

- The journal entries prepared by Case Sabatini in relation to the initial asset purchase improperly recorded loans and deferred closing cost resulting in a material understatement of liabilities in the amount of $4,495,500.

- The journal entries prepared by Case Sabatini in relation to the acquisition of the 26 Perkins stores from Spirit included the following errors:

    1) Improper recording of $867,355 in payments for delinquent local taxes and fees as part of the purchase price of the stores. These liabilities related to deferred closing costs and liabilities assumed in the initial asset purchase agreement.

    2) Mischaracterization of a $1,000,000 loan received from L4, LP (Dr. Linaburg) as "Paid-in-Capital". This loan should have been recorded as a liability.

- The $200,000 in interest paid on the $1,700,000 loan from Upfront Holding, LLC ("Upfront") represented an effective interest rate of approximately 252% on what amounted to an 18-day loan. As the time that this loan and interest were paid, L4, LP (Dr. Linaburg) had provided at least $1,770,000 in cash to 5171. No interest was paid or accrued on the loan from L4, LP (Dr. Linaburg).

- 5171 paid only $1,819,059 of the $2,500,000 deposit required in the Master Lease Agreement at closing. It appears that the outstanding balance of $680,941 was paid out of the Company's operating account in a series of transactions occurring throughout February and March 2018.

- The sale/leaseback with Store resulted in significant unfunded liabilities. These liabilities included $750,000 in commissions payable as well as the $680,941 shortfall in the Store deposit. This transaction resulted in a working capital shortfall of approximately $1,289,259 which would need to be paid out of the Company's operations. Dr. Linaburg would provide 5171 with additional loans totaling $800,000 subsequent to the sale/leaseback transaction.

**Review of the Asset Purchase Agreement**

**Transaction Overview:**

We reviewed the Asset Purchase Agreement ('APA") dated January 26, 2018 by and between Unique Ventures Group, LLC ("Venture") and 5171 Campbell Land Co. LLC. ("5171") and related journal entries.

According to the APA, 5171 acquired certain assets from Venture for a purchase price of $4,770,000 and the assumption of certain liabilities totaling $2,129,474.  Total consideration, therefore, was $6,899,474.  The purchase price was payable in cash in the amount of $3,020,000 on the date of the Closing with the remainder of $1,750,000 payable under the Deferred Consideration Note (Section 2.3 of the APA).

The Closing Date Payment was funded by loans from 5171 shareholders or affiliates thereof in the amount of $1,974,500 which was paid directly to the Bankruptcy Trustee.  The remainder of the cash purchase price of $1,045,500 was deferred ("Deferred Closing Payments").

The difference between the Total Consideration and the fair market value of the acquired assets resulted in Goodwill of $2,683,292 which is amortizable over a 10-year period for financial reporting purposes.

**Review of Opening Journal Entries Prepared by Mr. Sabatini**

We reviewed the journal entries that were prepared by Michael Sabatini a partner in the accounting firm Case Sabatini to record the above transaction.  A copy of these journal entries is attached hereto.

The journal entries were posted in the books and records of 5171 on February 1, 2018.  The "opening entries" prepared to record the above transaction correctly recorded the acquisition of the Perkins' Fixed Assets, Inventory and Goodwill.  They also correctly recorded the $250,000 in loans from 5171's partners/affiliates and assumed liabilities.  The entries did not properly record the Deferred Consideration Note, the loan from Upfront or the Deferred Closing Payment.  These amounts were posted to Paid-in-Capital.  The Paid-in-Capital account is an equity account used to record contributions of money to 5171 by its partners/owners.  These amounts were liabilities of 5171 and should have been recorded as such. As a result, the opening balance sheet of 5171 prepared by Mr. Sabatini understated liabilities by $4,495,500.

Based on our analysis of the transaction, the journal entry to record to initial asset purchase should have been as follows:

| | | | |
|---|---|---|---|
| Fixed Assets | $ 4,050,000 | $ | - |
| Goodwill | 2,683,292 | | - |
| Other (Inventory) | 166,182 | | - |
| Deferred Closing Payments | - | | 1,045,500 * |
| Assumed Liabilities | - | | 2,129,474 |
| Deferred Consideration Note | - | | 1,750,000 * |
| Cash (Assumed) | - | | 24,500 |
| Loan – Upfront | - | | 1,700,000 * |
| Loan – Maglin | - | | 125,000 |
| Loan – Schmcher | - | | 125,000 |
| **Total Purchase** | $ 6,899,474 | $ | 6,899,474 |

\* Recorded as "paid-in-capital" by Mr. Sabatini

## Review of the Closing Statements and Related Journal Entries for the Sale/Leaseback Transaction

**Transaction Overview:**

5171 entered into a Sale/Leaseback transaction in order to acquire, sell and leaseback the 26 Perkins locations. The typical sale/leaseback includes two transactions: The sale of property by the seller to the buyer and the concurrent leaseback of the property from the buyer to the seller. In other words, in a sale/leaseback transaction, an owner of property sells that property and then leases all or a portion of the use of the property back from the purchaser. Thus, the seller is also the lessee and the purchaser is also the lessor. **For both tax and financial reporting, the core issue is whether the form of the transaction will be respected, or whether it will be recast as a financing transaction.** Because the former owner in a typical sale/leaseback continues to occupy the property and pays, directly or indirectly, the operating costs of the property, the economic substance of the transaction is subject to more scrutiny. If the lease term is long enough or contains an option entitling the "seller" to repurchase the property eventually, the economics tend to look more like a mortgage refinancing than a true sale.

The 26 Perkins Stores were purchased from Spirit Master Funding, LLC ("Spirit") on February 12, 2018 by 5171 for $20,425,000. In connection with the purchase of the stores, various delinquent taxes, fees and rents of the 26 Perkins locations were paid. These delinquent fees, taxes and rents totaled $1,201,766. This transaction was funded with a loan from Store Master Funding XIII, LLC ("Store") in the amount of $20,626,766 and loans from L4, LP (Dr. Ronald Linaburg) in the amount of $1,000,000.

**Review of Journal Entries Prepared by Mr. Sabatini**

Based on the Trustee Closing Flow of Funds statement which was prepared in connection with the APA, it appears that the amounts paid for delinquent taxes and rents were part of the liabilities that were assumed at the closing of the APA. However, the $13,000 closing escrow fee and $867,355 delinquent local taxes, fee payments (total $880,355) were recorded by Sabatini as additional acquisition costs. Since the $867,355 was already included in the deferred closing payments and assumed liabilities recorded in the opening balance sheet entry, only $13,000 should have been recorded as additional acquisition costs. Therefore, the entries recorded by Sabatini improperly adjusted the purchase price of the 26 Perkins locations to $21,305,355.

The entries prepared by Sabatini also incorrectly recorded the loan from L4, LP (Dr. Linaburg) as additional Paid-in-Capital (resulting an additional $1,000,000 understatement of liabilities).

The entry to record the purchase of the 26 Perkins store locations should have been:

| | | |
|---|---:|---:|
| Store Locations - Asset | $ 20,425,000 | $                    - |
| Delinquent Rent (Assumed Liabilities) | 255,740 | - |
| Advance Taxes (Assumed Liabilities) | 65,671 | - |
| Closing Escrow Fee | 13,000 | - |
| Delinquent Local Taxes, Fees, Etc. (Deferred Closing Payments/Assumed Liabilities) | 867,355 | - |
| Loan – L4, LP (Dr. Linaburg) | - | 1,000,000 |
| Loan – Store Capital | - | 20,626,766 |
| Total | $ 21,626,766 | $ 21,626,766 |

### Sale/Leaseback of Stores to Store Capital

In a simultaneous transaction, Store purchased the 26 Perkins locations on February 12, 2018 from 5171 for $26,270,000.  In connection with the transaction, the loans from Upfront and Store were repaid. Various other costs related to the initial purchase of the assets and assumption of liabilities by 5171 were also paid.  Transaction costs incurred for this transaction totaled $592,848. Funding from this transaction was also used to partially fund a $2,500,000 security deposit to Store.

If the sale/leaseback transaction is respected $5,845,000 of financial gain would be realized by 5171 before transaction costs.  The gain is a result of profits realized by 5171 in excess of the cost of the properties sold. Sabatini recorded the gain taking the position that the sale/leaseback transaction would be respected, and the subsequent lease agreement was to be treated as an operating lease.

**Review of Sale/Leaseback Journal Entries Prepared by Mr. Sabatini**

We reviewed the journal entries prepared by Sabatini to record this transaction and determined that sources and uses of funds were not recorded properly.

The repayment of the $1,700,000 loan from Upfront (and $200,000 interest) was not recorded because the loan itself was not recorded when the APA closed.

$770,000 of funding for the sale transaction was loaned to 5171 by L4, LP (Dr. Linaburg). According to the Closing Statement, the $770,000 was paid to Store in three separate wire transfers on February 12, 2018. Sabatini notes in his hand-written open balance sheet entries that this payment should be recorded as goodwill, but we were not able to identify where this payment was included on the books and records of 5171.

The payments for closing costs, security deposit and rent were properly recorded (provided that the sale/leaseback transaction is respected).

The other payments made were payments to satisfy the deferred closing costs and assumed liabilities related to the APA transaction.  Because the deferred closing costs were not recorded

at the closing of the APA and we have insuffient documentation of the collective transaction, we attempted to reconcile all payments made by 5171, Store and the Bankruptcy Trustee to the total amount of assumed liabilities and deferred closing costs related to the APA.  We noted some discrepancy in the amounts.  The discrepancy appears to be caused by adjusting the estimates made at the closing of the APA to actual amounts.  However, in order to determine the accuracy of the prior statement, we need additional documentation.

Providing that the sale/leaseback transaction is respected, the entry to record the sale of the 26 Perkins locations should have been as follows:

| | | |
|---|---:|---:|
| February Rent | $ 186,079 | $ - |
| Prorated January Rent | 6,003 | - |
| Loan - Store Capital* | 20,626,766 | - |
| Loan - Upfront | 1,700,000 | - |
| Payment to Perkins LLC (Assumed Liability) | 701,883 | - |
| Payment to US Foods (Assumed Liability) | 1,322,158 | - |
| Payment to Reinhart Food Service (Assumed Liability) | 85,204 | - |
| Security Deposit - Store Capital | 1,819,059 | - |
| UCC Expense | 805 | - |
| Title/Closing Costs | 592,043 | - |
| Loans – L4, LP | - | 770,000 |
| Store Locations - Asset | - | 20,425,000 |
| Gain before Expenses | - | 5,845,000 |
| Total | $ 27,040,000 | $ 27,040,000 |

\* Proceeds to transfer (sale)

**Review of Master Lease Agreement for Proper Financial and Tax Treatment**

On February 12, 2018, subsequent to the sale of the 26 Perkins locations by 5171 to Store, 5171 entered into a Master Lease Agreement ('the Agreement') to leaseback the 26 Perkins store locations.  The initial expiration date of the lease is on February 28, 2038.  5171 has the option to extend the Agreement for four extensions of 5 years each as provided for under the Agreement. If fully extended the Agreement will expire February 28, 2058.

The initial base rental under the Agreement is $1,719,362.22 as described in Article IV of the Agreement.  Rents are subject to various adjustments under the terms of the Agreement.  5171 is also responsible for "all costs and obligations of every kind and nature whatsoever" as provided under the terms of the Agreement.

Section 17.04 of the Agreement describes the characterization of the Lease as an "operating lease" as that term is defined pursuant to "Statements of Financial Accounting Standards No. 13, as amended" (currently Accounting Codification Standards Topic 840, *Leases*) as well as for federal income tax purposes.

To determine if this characterization would hold up under scrutiny from the IRS or other governmental authorities, we reviewed the specific terms of the Agreement and compared them to the criteria used for classifying capital leases.

**Lease Classification (Capital versus Operating)**

A lease that transfers substantially all the benefits and risks of ownership should be accounted for as a capital lease (or a financing arrangement). Other leases should be accounted for as operating leases. To be considered a capital lease at inception, a lease must meet one or more of the following criteria:

1. The lease transfers ownership of the property to the lessee by the end of the lease term.

2. The lease contains a bargain purchase option.

3. The lease term is equal to 75% or more of the estimated economic life of the leased property. Options to extend the initial lease are not taken into consideration in this calculation.

4. The present value at the beginning of the lease term of the minimum lease payments, excluding that portion of the payments representing executory costs, to be paid by the lessor, including any profit thereon, equals or exceeds 90% of the excess of the fair value of the leased property to the lessor at the inception of the lease over any related investment tax credit retained by the lessor and expected to be realized by him.

The last two criteria should not be used for purposes of classifying a lease if the beginning of the lease term falls within the last 25% of the total estimated economic life of the leased property, including earlier years of use.

All other leases are considered operating leases.

Application of Criteria to February 12, 2018 Master Lease Agreement

1. Not met - The lease does not transfer ownership of the properties back to 5171 at the end of the lease term.

2. Not met - The lease does not contain a bargain purchase option.

3. Undetermined - The initial lease term of 20 years (240 months) is only 51.3% of the useful lives of buildings per IRS depreciation tables. However, as the buildings were in service prior to being acquired by 5171, we are not currently able to determine what the remaining useful lives of the buildings were at the date of acquisition.

4. Not met - Based on our estimates, we do not believe that the present value of required minimum lease payments would exceed 90% of the fair market value of the property as of the lease date. The criteria rely on the use of inputs that require significant assumptions and professional judgment. We estimated that the average monthly lease payment over the 20-year term of the lease would be $173,922 (based on the assumption that the payment would increase by 2% each year). Using the $26,270,000 sales price of the properties as proxy for fair market value, we estimated the Company's incremental borrowing rate (i.e. the interest rate the Company would have paid to borrow the funds to purchase the property under similar terms) would need to be less than 6.33% for the lease to qualify as a capital lease under the criteria. We believe that certain terms of the Agreement (the 100% loan-to-value ("LTV") ratio, in particular) would not allow the Company to obtain comparable financing at or below 6.33% as traditional loans would typically only allow the borrower to finance up to 80% of the value of the property.

Based on our analysis, we did not find clear evidence that the lease should have been accounted for as a capital lease.

In the event of bankruptcy proceedings, the lessor generally will only have rights as a lessor. **However, it is possible that the Bankruptcy Court may treat the sale/leaseback as a loan secured by a mortgage, in which case the buyer-lessor may be given the rights of a mortgagee.** The bankruptcy trusty generally has the right to assume or reject an unexpired lease of the debtor (seller-lessee). Furthermore, a lessor's claim for damages resulting from the termination of the lease of real property is limited to the greater of the rent reserved for one year or 15% of the remaining term of the lease, not to exceed three years.

## Capital Lease Accounting

If the lease was to be recorded as a capital lease, the affect would be a to record the transaction as a refinancing of the original loan from Store in the amount of $20,626,766. The original Store loan financed the acquisition price of the 26 Perkins store location of $20,425,000 and associated costs of $201,766.  The excess cash of $5,643,234 from the new loan ($26,270,000 less $20,626,766) was used to satisfy various deferred closing costs, assumed liabilities and operating expenses.   A fixed asset for Perkins Stores totaling $20,425,000 (the initial purchase price from Spirit) should be recorded in the books and records of 5171 along with a capital lease liability of $26,270,000.

As payments are made, the liability would be decreased by the principle portion of the payments. The portion of the payment related to the imputed interest would be expensed when paid.  As of December 31, 2018, the total liability would be $25,444,920. Total payments would be $1,432,812, with $825,034 applied to principle and interest expense related to the lease would be $607,778.

Additionally, the $592,043 of closing costs that were recorded by Sabatini as additional acquisition costs should be reclassified as Deferred Financing Costs on the balance sheet of 5171 and amortized over the initial lease (loan) term.

## Use of Additional Cash Obtained from Sale/Leaseback Transaction

The total excess cash in the amount of $5,845,000 received by 5171 resulting from the Store sale/leaseback transaction, along with the $1,770,000 in loans provided by Dr. Linaburg, was used to pay the various liabilities and expenses of 5171 as detailed below.

Sources and Uses of Funds From Sale-Leaseback Transaction

| Sources of Funds | | | Uses of Funds | | |
|---|---|---|---|---|---|
| Store Capital | $ | 5,845,000 | Security deposit - Store | $ | 1,819,059 |
| Loans - Dr. Linaburg | | 1,770,000 | Closing costs | | 592,848 |
| | | 7,615,000 | Loan repayment - Upfront | | 1,700,000 |
| "Unknown" source | | 63,963 | Interest - Upfront | | 200,000 |
| Total funding | $ | 7,678,963 | Deferred closing costs | | 1,045,500 |
| | | | Assumed liabilities | | 2,129,474 |
| | | | Jan/Feb rent payment | | 192,082 |
| | | | | $ | 7,678,963 |

## Conclusions

At this time and based on the information provided to us to date, we believe that the opening balance sheet of 5171 is grossly misstated. The misstatements that we can currently identify are related to goodwill, paid-in-capital, transaction costs, liabilities and amounts due to L4, LP (Dr. Linaburg). Further investigation is needed to determine the accuracy of the entire balance sheet of 5171 and its 2018 operating results. Based on the information provided to us to date, the opening balance sheet of 5171 should be as follows:

### ASSETS

| | | |
|---|---|---:|
| ASSETS | | |
| Current assets: | | |
| Inventory | $ | 166,182 |
| | | |
| Property and equipment: | | |
| Furniture and equipment | | 4,050,000 |
| | | |
| Other assets: | | |
| Deposit | | 2,500,000 |
| | | |
| Intangible assets: | | |
| Goodwill | | 2,683,292 |
| Acquisition costs | | 750,000 |
| Financing costs | | 592,848 |
| Total intangible assets | | 4,026,140 |
| Total Assets | $ | 10,742,322 |

### LIABILITIES AND SHAREHOLDERS' EQUITY

| | | |
|---|---|---:|
| LIABILITIES | | |
| Current liabilities: | | |
| Commissions payable | $ | 750,000 |
| Deposit payable | | 680,941 |
| Cash (assumed) | | 24,500 |
| Total current liabilities | | 1,455,441 |
| | | |
| Long-term liabilities: | | |
| Loans - L4, LP (Dr. Linaburg) | | 1,770,000 |
| Loans - affiliates | | 250,000 |
| Deferred consideration note | | 1,750,000 |
| Unknown funding source | | 63,963 |
| Total long-term liabilities | | 3,833,963 |
| Total liabilities | | 5,289,404 |
| | | |
| SHAREHOLDERS' EQUITY | | |
| Current year net profit | | 5,452,918 |
| Total Liabilities and Shareholders' Equity | $ | 10,742,322 |

Note – the opening balance sheet does not include assets and liabilities pertaining to 5171 prior to the APA and Sale/Leaseback/Financing transactions.

Respectfully submitted,

*Louis Plung & Company LLP*

LOUIS PLUNG & COMPANY, LLP

## Other Findings Subsequent to the Opening Balance Sheet

### Goodwill and Paid-in- Capital

Based on our review of the 5171's general ledger January through September 2018, we have determined that many entries that were made in and out of goodwill and paid in capital during this time period. Goodwill derived from the APA transaction should not change from the initial goodwill balance of $2,683,292 as there is no evidence that the purchase/sale price has been adjusted. Goodwill, therefore, is overstated by $1,863,244.64. Exhibit 1.

Also, many adjustments were made to the books and records of 5171 from January through August 2018 to Paid-in-Capital.  Most of these entries were made to improperly classify loans from L4, LP (Dr. Linaburg) as paid in capital.  Paid-in-Capital is overstated by $3,236,455. Exhibit 2.

Loans from L4, LP (Dr. Linaburg) totaling $1,770,000 ($1,000,000 for the purchase transaction of the stores and $770,000 from the sale transaction) are not recorded properly within the books and records of 5171.

### Additional Expenses Paid by L4, LP (Dr. Linaburg)

In addition, Sabatini recorded an entry for miscellaneous items of $311,955 paid by L4, LP. (Dr. Linaburg).  Due to the lack of records, we are unable to determine the make-up of these miscellaneous items. This amount was also recorded as Paid-in-Capital by Sabatini.  This amount should also be recorded as an additional loan from L4, LP (Dr. Linaburg)

As part of our review, we discovered that 5171 borrowed $500,000 from Disam Holdings and $60,000 from Upfront sometime in August 2018.  These monies were used to pay-off 5171's existing mortgage of $381,100 and $179,900 to relieve liens and obligations of Campbell's DeVazssie Holding, a related entity through common ownership. The $179,900 was recorded against paid in capital which would suggest 5171 made a distribution to one of its shareholders when in fact it should have been recorded as a receivable due from Campbell's DeVazssie Holding.

On August 24, 2018, 5171 entered into a mortgage agreement with FNB in the amount of $650,000.  Based on the settlement sheet, it appears that Dr. Linaburg is a coborrower on the new FNB Mortgage.  We need the actual mortgage note agreement in order to confirm this assumption.

The proceeds from this mortgage was used to repay the loans from Disam Holdings and Upfront. $88,938.05 of the proceeds were used to pay various closing costs and liens.

**Information Relied Upon:**

The following documents were reviewed as part of our analysis.

- Trustee Closing Flow of Funds
- Consent and Agreement by Shareholder and Director of 5171 Campbells Land Co for 2012, 2013, 2014, 2015, 2016
- 5171 Articles of Incorporation
- 5171 By-Laws effective June 30, 2012 and June 1, 2016
- Purchase Price and UV Fee Summary, March 30, 2018
- William T Kane Stock Certificate
- Chart of accounts Trustee Closing Flow of Funds, showing payments at closing and assumed liabilities
- Settlement Statement for the purchase and the sale of the stores
- Master Lease Agreement as of February 12, 2018
- January 26, 2018 Asset Purchase Agreement

**<u>EXHIBITS</u>**

**5171 Campbells Land Co, Inc.**
**General Ledger**
**For the Period From Jan 1, 2018 to Nov 4, 2018**

Filter Criteria includes: 1) IDs: 2400-24. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID | Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| 2400-24 | Unamortized Goodwill | 1/1/18 | | | Beginning Balance | | | |
| 2400-24 | Unamortized Goodwill | 1/29/18 | | | Beginning Balance | | | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-100 | GENJ | To Reflect Sale of 26 Loc. to STORE | 4,371,802.53 | | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-101 | GENJ | To Record Spirit Closing | 1,000,000.00 | | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-102 | GENJ | To Record Trustee Closing | 1,974,500.00 | | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-103 | GENJ | To Book FF&E 27 @ 150,000 | | 4,050,000.00 | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-103 | GENJ | To Book Opening Smallwares | | 162,000.00 | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-104 | GENJ | Misc Items Pd By L4LP | 310,955.00 | | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-105 | GENJ | Amts Pd by L4LP to faciliate STORE Closing. | 200,000.00 | | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-106 | GENJ | Non-Goodwill Pymts from STORE Closing | | 2,011,140.31 | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-108 | GENJ | Account for Utility Deposits | | 47,331.12 | |
| 2400-24 | Unamortized Goodwill | 2/1/18 | 18-2-110 | GENJ | To correct AJE 18-2-103 | 104,000.00 | | |
| 2400-24 | Unamortized Goodwill | 2/13/18 | 1457 | PJ | 3D ACQUISITIONS LP - Cure Costs | 148,520.83 | | |
| 2400-24 | Unamortized Goodwill | 2/13/18 | 1458 | PJ | 3D ACQUISITIONS LP - Real Estate Taxes-previous | 16,929.48 | | |
| 2400-24 | Unamortized Goodwill | 2/13/18 | 1462 | PJ | PERKINS HOLDINGS LLC - Cure Costs | 20,675.02 | | |
| 2400-24 | Unamortized Goodwill | 2/13/18 | 18-2-018 | GENJ | Wire Transfer-STORE- Closing Related Costs -1st American Title | 570,000.00 | | |
| 2400-24 | Unamortized Goodwill | 2/13/18 | 18-2-019 | GENJ | Wire Transfer - STORE - Closing Related Costs -Meyer | 200,000.00 | | |
| 2400-24 | Unamortized Goodwill | 2/20/18 | 1454 | PJ | GAR FIELD CLUB COMMONS - Cure Cost | 16,503.12 | | |
| 2400-24 | Unamortized Goodwill | 2/20/18 | 1456 | PJ | PERKINS HOLDINGS LLC - Cure Costs | 9,582.45 | | |
| 2400-24 | Unamortized Goodwill | 2/20/18 | 1455 | CDJ | GERALD R FRY CO INC | 300.00 | | |
| 2400-24 | Unamortized Goodwill | 2/21/18 | 18-2-005 | GENJ | Sales Tax Payment - NY | 9,995.04 | | |
| 2400-24 | Unamortized Goodwill | | | | Current Period Change | 8,953,763.47 | 6,270,471.43 | 2,683,292.04 |
| 2400-24 | Unamortized Goodwill | 2/26/18 | | | Beginning Balance | | | 2,683,292.04 |
| 2400-24 | Unamortized Goodwill | 2/27/18 | 18-3-003 | GENJ | Cure cost -Sales Tax Pymt -OH | 61,650.10 | | |
| 2400-24 | Unamortized Goodwill | 2/27/18 | 18-3-007 | GENJ | Cure Cost Sales Tax Pymt | 50,338.94 | | |
| 2400-24 | Unamortized Goodwill | 3/5/18 | 1474 | PJ | ELMHURST PROP INC - Cure Costs | 1,255.60 | | |
| 2400-24 | Unamortized Goodwill | | | | Current Period Change | 113,244.64 | | 113,244.64 |
| 2400-24 | Unamortized Goodwill | 3/26/18 | | | Beginning Balance | | | 2,796,536.68 |
| 2400-24 | Unamortized Goodwill | 4/6/18 | 18-4-001 | GENJ | To set-up Store Capital Closing Loan | 1,750,000.00 | | |
| 2400-24 | Unamortized Goodwill | | | | Current Period Change | 1,750,000.00 | | 1,750,000.00 |
| 2400-24 | Unamortized Goodwill | 4/23/18 | | | Beginning Balance | | | 4,546,536.68  1,863,244.64 |

**5171 Campbells Land Co, Inc.**
**General Ledger**
**For the Period From Jan 1, 2018 to Nov 4, 2018**

Filter Criteria includes: 1) IDs: 5201-24. Report order is by ID. Report is printed with shortened descriptions and in Detail Format.

| Account ID | Account Descriptic | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| 5201-24 | Paid In Capital | 1/1/18 | | | Beginning Balance | | | |
| 5201-24 | Paid In Capital | 1/1/18 | 18-1-001 | GENJ | Beginning Adjusting JE's | | 980,700.00 | |
| 5201-24 | Paid In Capital | | | | Current Period Change | | 980,700.00 | -980,700.00 |
| 5201-24 | Paid In Capital | 1/29/18 | | | Beginning Balance | | | -980,700.00 |
| 5201-24 | Paid In Capital | 2/1/18 | 18-2-101 | GENJ | To Record Spirit Closing | | 1,000,000.00 | |
| 5201-24 | Paid In Capital | 2/1/18 | 18-2-102 | GENJ | To Record Trustee Closing | | 1,724,500.00 | |
| 5201-24 | Paid In Capital | 2/1/18 | 18-2-104 | GENJ | Misc Items Pd By L4LP | | 311,955.00 | |
| 5201-24 | Paid In Capital | 2/1/18 | 18-2-105 | GENJ | Amts Pd by L4LP to faciliate STORE Closing | | 200,000.00 | |
| 5201-24 | Paid In Capital | 2/1/18 | 18-2-107 | GENJ | Property contributed to Corporation | | 1,500,000.00 | |
| 5201-24 | Paid In Capital | 2/1/18 | 18-2-109 | GENJ | Reverse AJE # 18-2-107 | 1,500,000.00 | | |
| 5201-24 | Paid In Capital | | | | Current Period Change | 1,500,000.00 | 4,736,455.00 | -3,236,455.00 |
| 5201-24 | Paid In Capital | 2/26/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 3/26/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 4/23/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 5/21/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 6/18/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 7/16/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 8/13/18 | | | Beginning Balance | | | -4,217,155.00 |
| 5201-24 | Paid In Capital | 8/24/18 | 18-9-103 | GENJ | Shareholders Equity | 179,900.00 | | |
| 5201-24 | Paid In Capital | | | | Current Period Change | 179,900.00 | | 179,900.00 |
| 5201-24 | Paid In Capital | 9/10/18 | | | Beginning Balance | | | -4,037,255.00 |
| 5201-24 | Paid In Capital | 10/8/18 | | | Beginning Balance | | | -4,037,255.00 |
| | | 11/4/18 | | | Ending Balance | | | -4,037,255.00 |
| | | | | | AJE to correct beginning balance | | | 3,236,455.00 |
| | | | | | Adjusted Balance | | | -800,800.00 |
| | | | | | Pre Perkins acquisition | | | -980,700.00 |
| | | | | | W/D to relieve DeVazssie Liens | | | 179,900.00 |
| | | | | | Adjusted Balance | | | -800,800.00 |

**ATTACHMENTS**

**ATTACHMENT 1**

# 5171 Campbells Land Co, Inc.
## General Journal
### For the Period From Jan 1, 2018 to Sep 30, 2018

Filter Criteria includes: Report order is by Date. Report is printed with Accounts having Zero Amounts and with shortened descriptions and in Detail Format.

| Date | Account ID | Reference | Trans Description | Debit Amt | Credit Amt |
|------|-----------|-----------|-------------------|-----------|------------|
| 1/1/18 | 1210-24 | 18-1-001 | Beginning Adjusting JE's | 161,800.00 | |
| | 4112-24 | | Beginning Adjusting JE's | | 13,840.00 |
| | 4113-24 | | Beginning Adjusting JE's | | 398,500.00 |
| | 5190-24 | | Beginning Adjusting JE's | | 1,000.00 |
| | 5201-24 | | Beginning Adjusting JE's | | 980,700.00 |
| | 1210-24 | | Beginning Adjusting JE's | 1,232,240.00 | |
| 2/1/18 | 2400-24 | 18-2-100 | To Reflect Sale of 26 Loc. to STORE | 4,371,802.53 | |
| | 9300-24 | | To Reflect Sale of 26 Loc. to STORE | | 3,621,802.53 |
| | 3303-24 | | To Reflect Sale of 26 Loc. to STORE | | 750,000.00 |
| 2/1/18 | 2400-24 | 18-2-101 | To Record Spirit Closing | 1,000,000.00 | |
| | 5201-24 | | To Record Spirit Closing | | 1,000,000.00 |
| 2/1/18 | 2400-24 | 18-2-102 | To Record Trustee Closing | 1,974,500.00 | |
| | 4110-24 | | To Record Trustee Closing | | 125,000.00 |
| | 4110-24 | | To Record Trustee Closing | | 125,000.00 |
| | 5201-24 | | To Record Trustee Closing | | 1,724,500.00 |
| 2/1/18 | 1400-34 | 18-2-103 | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-35 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-43 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-46 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-47 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-48 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-49 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-50 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-53 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-55 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-60 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-65 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-70 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-75 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-78 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-79 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-80 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-81 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-83 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-85 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-90 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-91 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-93 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-94 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-92 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-97 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 1400-98 | | To Book FF&E 27 @ 150,000 | 150,000.00 | |
| | 2400-24 | | To Book FF&E 27 @ 150,000 | | 4,050,000.00 |
| | 0810-34 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-35 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-43 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-46 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-47 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-48 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-49 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-50 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-53 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-55 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-60 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-65 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-70 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-75 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-78 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-79 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-80 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-81 | | To Book Opening Smallwares | 6,000.00 | |

# 5171 Campbells Land Co, Inc.
## General Journal
## For the Period From Jan 1, 2018 to Sep 30, 2018

Filter Criteria includes: Report order is by Date. Report is printed with Accounts having Zero Amounts and with shortened descriptions and in Detail Format.

| Date | Account ID | Reference | Trans Description | Debit Amt | Credit Amt |
|------|-----------|-----------|-------------------|-----------|------------|
| | 0810-83 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-85 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-90 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-91 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-92 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-93 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-94 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-97 | | To Book Opening Smallwares | 6,000.00 | |
| | 0810-98 | | To Book Opening Smallwares | 6,000.00 | |
| | 2400-24 | | To Book Opening Smallwares | | 162,000.00 |
| 2/1/18 | 0140-24 | 18-2-104 | Misc Items Pd By L4LP -open Comm | 1,000.00 | |
| | 2400-24 | | Misc Items Pd By L4LP | 310,955.00 | |
| | 5201-24 | | Misc Items Pd By L4LP | | 311,955.00 |
| 2/1/18 | 2400-24 | 18-2-105 | Amts Pd by L4LP to faciliate STORE | 200,000.00 | |
| | 5201-24 | | Amts Pd by L4LP to faciliate STORE | | 200,000.00 |
| 2/1/18 | 0900-24 | 18-2-106 | Non-Goodwill Pymts from STORE Cl | 1,819,058.59 | |
| | 8700-24 | | Non-Goodwill Pymts from STORE Cl | 192,081.72 | |
| | 2400-24 | | Non-Goodwill Pymts from STORE Cl | | 2,011,140.31 |
| 2/1/18 | 1210-24 | 18-2-107 | Property contributed to Corporation | 1,900,000.00 | |
| | 4113-24 | | Property contributed to Corporation | | 400,000.00 |
| | 5201-24 | | Property contributed to Corporation | | 1,500,000.00 |
| 2/1/18 | 0902-94 | 18-2-108 | Canton Utility Deposit | 7,184.00 | |
| | 0902-47 | | Clarion Utility Deposit | 1,070.00 | |
| | 0902-85 | | Sharon Utility Deposit | 940.00 | |
| | 0902-79 | | Meadville Utility Deposit | 4,110.00 | |
| | 0902-70 | | Greenville Utility Deposit | 2,005.00 | |
| | 0902-49 | | Corry Utility Deposit | 2,730.00 | |
| | 0902-90 | | Titusville Utility Deposit | 1,000.00 | |
| | 0902-60 | | Erie South Utility Deposit | 2,740.00 | |
| | 0902-65 | | Erie West Utility Deposit | 4,240.00 | |
| | 0902-55 | | Erie East Utility Deposit | 2,500.00 | |
| | 0902-50 | | Edinboro Utility Deposit | 500.00 | |
| | 0902-93 | | Mars Utility Deposit | 1,575.33 | |
| | 0902-92 | | Warren Utility Deposit | 1,575.33 | |
| | 0902-43 | | Bradford Utility Deposit | 1,575.34 | |
| | 0902-83 | | Olean Utility Deposit | 9,400.00 | |
| | 0902-81 | | Niles Utility Deposit | 100.00 | |
| | 3650-24 | | Niles Utility Deposit | 82.37 | |
| | 3650-24 | | Boardman Utility Deposit | 4,003.75 | |
| | 2400-24 | | Account for Utility Deposits | | 47,331.12 |
| 2/1/18 | 4113-24 | 18-2-109 | Reverse AJE # 18-2-107 | 400,000.00 | |
| | 5201-24 | | Reverse AJE # 18-2-107 | 1,500,000.00 | |
| | 1210-24 | | Reverse AJE # 18-2-107 | | 1,900,000.00 |
| 2/1/18 | 2400-24 | 18-2-110 | To correct AJE 18-2-103 | 104,000.00 | |
| | 0810-34 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-35 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-43 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-46 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-47 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-48 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-49 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-50 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-53 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-55 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-60 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-65 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-70 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-75 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-78 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-79 | | To correct AJE 18-2-103 | | 4,000.00 |

# 5171 Campbells Land Co, Inc.
## General Journal
### For the Period From Jan 1, 2018 to Sep 30, 2018

Filter Criteria includes: Report order is by Date. Report is printed with Accounts having Zero Amounts and with shortened descriptions and in Detail Format.

| Date | Account ID | Reference | Trans Description | Debit Amt | Credit Amt |
|------|-----------|-----------|-------------------|-----------|------------|
| | 0810-80 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-81 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-83 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-85 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-90 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-91 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-93 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-94 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-97 | | To correct AJE 18-2-103 | | 4,000.00 |
| | 0810-98 | | To correct AJE 18-2-103 | | 4,000.00 |
| 2/1/18 | 0100-24 | 18-2-111 | Petty Cash | 200.00 | |
| | 0100-34 | | Petty Cash | 2,000.00 | |
| | 0100-35 | | Petty Cash | 1,000.00 | |
| | 0100-43 | | Petty Cash | 1,400.00 | |
| | 0100-46 | | Petty Cash | 2,000.00 | |
| | 0100-47 | | Petty Cash | 2,000.00 | |
| | 0100-48 | | Petty Cash | 1,000.00 | |
| | 0100-49 | | Petty Cash | 1,600.00 | |
| | 0100-53 | | Petty Cash | 4,100.00 | |
| | 0100-55 | | Petty Cash | 2,300.00 | |
| | 0100-60 | | Petty Cash | 2,300.00 | |
| | 0100-65 | | Petty Cash | 1,500.00 | |
| | 0100-70 | | Petty Cash | 1,500.00 | |
| | 0100-75 | | Petty Cash | 2,000.00 | |
| | 0100-78 | | Petty Cash | 1,500.00 | |
| | 0100-79 | | Petty Cash | 3,750.00 | |
| | 0100-80 | | Petty Cash | 2,000.00 | |
| | 0100-81 | | Petty Cash | 3,000.00 | |
| | 0100-83 | | Petty Cash | 2,000.00 | |
| | 0100-85 | | Petty Cash | 1,750.00 | |
| | 0100-90 | | Petty Cash | 1,200.00 | |
| | 0100-91 | | Petty Cash | 3,000.00 | |
| | 0100-92 | | Petty Cash | 2,300.00 | |
| | 0100-93 | | Petty Cash | 2,800.00 | |
| | 0100-94 | | Petty Cash | 1,650.00 | |
| | 0100-97 | | Petty Cash | 3,000.00 | |
| | 0100-98 | | Petty Cash | 2,850.00 | |
| | 0800-34 | | Inventory | 12,082.42 | |
| | 0800-35 | | Inventory | 10,093.22 | |
| | 0800-43 | | Inventory | 8,621.42 | |
| | 0800-46 | | Inventory | 9,845.55 | |
| | 0800-47 | | Inventory | 11,819.65 | |
| | 0800-48 | | Inventory | 7,948.15 | |
| | 0800-49 | | Inventory | 9,391.13 | |
| | 0800-53 | | Inventory | 14,208.01 | |
| | 0800-55 | | Inventory | 11,804.21 | |
| | 0800-60 | | Inventory | 12,248.60 | |
| | 0800-65 | | Inventory | 10,495.64 | |
| | 0800-70 | | Inventory | 12,735.18 | |
| | 0800-75 | | Inventory | 11,874.90 | |
| | 0800-78 | | Inventory | 12,169.57 | |
| | 0800-79 | | Inventory | 12,479.68 | |
| | 0800-80 | | Inventory | 11,550.16 | |
| | 0800-81 | | Inventory | 12,998.53 | |
| | 0800-83 | | Inventory | 11,356.35 | |
| | 0800-85 | | Inventory | 11,409.00 | |
| | 0800-90 | | Inventory | 10,480.73 | |
| | 0800-91 | | Inventory | 9,500.60 | |
| | 0800-92 | | Inventory | 10,633.72 | |
| | 0800-93 | | Inventory | 10,877.49 | |
| | 0800-94 | | Inventory | 10,781.67 | |
| | 0800-97 | | Inventory | 12,754.97 | |
| | 0800-98 | | Inventory | 16,931.64 | |
| | 3650-24 | | Acquisition Expenses | | 352,792.19 |
| 2/4/18 | 0175-24 | 18-2-001 | Child Support New York | | 2.88 |

**ATTACHMENT 2**

My Copy

5171 LAND COMPANY
OPENING ENTRIES
1-30-18

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES      G7004 GREEN

PAGE 1

①
GOODWILL ............................................ 437/80253
    GAIN ON DISPOSAL OF ASSETS ........................ 36218025³
    COMMISSIONS PAYABLE ............................... 7500000
TO REFLECT SALE OF 26 LOCATIONS
TO STORE

②
GOODWILL .......................... Dr-L ............. 10000000
    PD IN CAPITAL ..................................... 1000000
TO RECORD SPIRIT CLOSING.

A's TO
5201-24
DOES NOT
CLOSE

③
GOODWILL ............................................ 19745000
    PD IN CAPITAL
    LOAN PAYABLE MAGLIN .............................. 1250000
    LOAN PAYABLE SCHUMACHER .......................... 1250000
    PD IN CAPITAL .................................... 17245000
TO RECORD TRUSTEE CLOSING.

④
FF & E .............................................. 4050000
SMALLWARE .......................................... 1620000
    GOODWILL ......................................... 4212000
FF&E 27 @ 150,000
SMALLWARE 27 @ 6000

⑤
GOODWILL ........................................... 31195300
    PD IN CAPITAL .................................... 3119530
MISC ~ ITEMS PD BY DR RON

⑥
GOODWILL ........................................... 2000000
    PD IN CAPITAL .................................... 2000000
AMTS PD BY DR RON TO FACIL
1TATE STORE CLOSING.
PLEASE NOTE: 5171 SENT
570,000 TO STORE BY WIRE. IT
SHOULD BE PUT INTO GOODWILL.

5171 LAND COMPANY,
OPENNING ENTRIES CONT
1-30-18

Prepared By
Approved By

Initials   Date

WILSON JONES          CASH SHEET

PAGE

|  | D2 | CD |
|---|---|---|
| LEASE DEPOSIT - STORE | 18190575 | |
| RENT EXPENSE | 1920817₂ | |
| GOODWILL | | 201113931 |
| (NON-GOODWILL PAYMENTS FROM | | |
| STORE CLOSING) | | |

⑧
LAND -5171 CAMPBELLS RUN RD.    19000000
MTGE PAYABLE                                      400000₀
PD. IN CAPITAL                                    15000000₀
PROPERTY CONTRIBUTED TO
CORPORATION.

NOTE: THE FOLLOWING DISB'S FROM
5171 OPERATING ACCT SHOULD BE
DEBITED TO GOODWILL.
| 3 D ACQ | 1485208₃ |
| ELM/HURST | 125566 |
| GARFIELD | 1653312 |
| PERKINS HOLDING | 206750₂ |
| GERALD FRY | 285000 |
| PERKINS/HOLDING | 958255 |
| SALES TAX | 13500000 |
| VAR VENDORS | 15688134 |
| UPFRONT | 20000000 |
| | 67128836 |

5171 Land Company
Computation of Gain on Sale
1-30-18

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

G.WILSON JONES          G3981 GREEN

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 1 | Cost | | | | |
| 3 | Purch Price - Closing Sheet | | | 2042500000 | |
| 5 | Closing Costs | | | 88034843 | |
| 7 | Total Cost | | | 2130534843 | |
| 11 | Selling Price | | | | |
| 13 | Total Consideration | | | 2627000000 | |
| 15 | Closing Costs | 2200000 | 4650000 | | |
| 16 | | 2417500 | 1000000 | | |
| 17 | | 216000 | 8242500 | | |
| 18 | | 4666940 | 24460 | | |
| 19 | | 3549807 | 65000 | | |
| 20 | | 2248697 | 4940000 | | |
| 21 | | 1025000 | 600000 | | |
| 22 | | 18061050 | 75000 | | |
| 23 | | 707450 | 5500 | | |
| 25 | | | | 59284904 | |
| 27 | Net Proceeds | | | 2567715096 | |
| 29 | | | | 2130534843 | |
| 31 | Total Gain | | | 437180253 | |
| 33 | Less Commission Payable | | | 75000000 | |
| 36 | Net Gain | | | 362180253 | |

Page 1

Perkins/Spirit/Store Transactions.

Payments to Spirit:
1 M. security deposits — what payments made them up.

| | | |
|---|---|---|
| •2-12-18 400,000 wire to Spirit | 400,000 | (A) |
| •2-2-18 500,000 wire Spirit | 500,000 | (A) |
| Sub Total = 900,000 | | |

Consulting fees - Closing amounts -

| | |
|---|---|
| 11-27-17 - wires 15K + 20K | 35,000 |
| 11-30-17 - 1250 1251 > w Kane Total 1258 | 18,000 |
| 12-28-17 Wires Ted + Frank 10 each | 20,000 |
| 1-4-18 wire Trustee | 24,500 |
| 1-16-18 1263 w Kane | 10,000 |
| 1-10-18 w F Kane - 28,000  Ted Peters 20,000 | 48,000 |
| 1-22-18 Store wire 1st American Trust 100,000 | 100,000 (B) |
| 1-23-18 Store wire " " Trust 100,000 | 100,000 (B) |
| 1-26-18 1272 — w Kane 15,000 | 15,000 |
| 1-28-18 1274 Community Bank 1,000 - open Acct | 1,000 |
| 1-29-18 1275 - Perkins Utility deposits 40,000 Bell Banner | 40,000 |
| 1-31-18 1276 - Application Fees 1,635 | 1,635 |
| 2-4-18 1288 - Utility deposits 12,000 Bell Banner | 12,000 |
| 2-2-18 wire - First American Trust Escrow Store 400,000 | 400,000 |
| 1-31-18 wire - Trustee McDaniel Hopkins # 470,000 | 470,000 |
| 1-31-18 wire - Trustee 46 820.36 | 46,820. |
| 1-31-18 wire - Store - First American Trust 570,000 | 570,000 (B) |
| 1-31-18 wire - Frank Kane | 20,000 |
| 1-31-18 wire - Ted Peters | 20,000 |
| Sub Total = 1,851,955 | |
| Total = 2,851,955 | |

INT TO CARTER          200,000
STORE CAPITAL          1,700,000



PAGE 2



**First American Title Insurance Company**
**National Commercial Services**
2425 E. Camelback Road, Suite 300 • Phoenix, AZ 85016

Office Phone:(602)567-8100 Office Fax (602)567-8101

*Final Settlement Statement*

File No:           NCS-878594-PHX1
Escrow Officer:    Kristin L. Brown/JS
Settlement Date:   02/12/2018
Disbursement Date: 02/13/2018

*First American Title Insurance Company*
*This is to certify that this is a true*
*and exact copy of the original document.*

By

Property:
Master File for 25 Sites, OH, PA and, NY

Buyer:
5171 Campbells Land Co., Inc.
6201 Steuben Pike, Suite 100, McKee's Rocks,, PA 15136

Seller:
Spirit Master Funding, LLC                     Spirit Master Funding III, LLC
2727 N. Harwood St., Suite 300, Dallas, TX 75201

Spirit Master Funding IV, LLC                  Spirit Master Funding VII, LLC

Lender:
Citibank, N.A.
666 Fifth Avenue, Floor 12B, New York, NY 10103



| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | Consideration | | |
| 20,425,000.00 | | Total Consideration | | 20,425,000.00 |
| | | | | |
| | | Deposits in Escrow | | |
| | 500,000.00 | Receipt No. 771104900 on 02/02/2018 by 5171 Campbells Land Co., Inc. | | |
| | 100,000.00 | Receipt No. 771104903 on 02/02/2018 by 5171 Campbells Land Co., Inc. | | |
| | 400,000.00 | Receipt No. 771104904 on 02/02/2018 by 5171 Campbells Land Co., Inc. | | |
| | 20,626,765.78 | Receipt No. 771105073 on 02/12/2018 by 5171 Campbells Land Co., Inc. | | |
| | | | | |
| | | Adjustments | | |
| 255,746.36 | | Delinquent Rent | | 255,746.36 |
| 65,670.99 | | Advanced Taxes | | 65,670.99 |
| | | | | |
| | | Title/Escrow Charges | | |
| 13,000.00 | | Closing-Escrow Fee to First American Title Insurance Company National Commercial Services | | |
| | | Commercial Owner Policy to First American Title Insurance Company National Commercial Services | 88,082.16 | |
| | | Estimated Recording Fees - Releases | 1,200.00 | |
| | | Estimated Documentary Transfer Tax | 233,589.39 | |
| | | | | |
| | | Disbursements Paid | | |
| | | Miscellaneous Disbursement | | |
| | | Proceeds to Spirit Master Funding III, LLC and Spirit Master Funding, LLC | 18,629,714.16 | |
| | | Proceeds to Spirit Master Funding VII, LLC | 583,053.52 | |
| | | Proceeds to Spirit Master Funding IV, LLC | 1,129,878.13 | |
| 24,710.08 | | 2016 & 2017 Taxes Due PA10 to Mckean County Tax Claim Bureau | | |
| 16,058.01 | | 2016 & 2017 Taxes Due PA13 to Crawford County Tax Claim Bureau | | |
| | | Property Tax Check | | |
| 173,259.93 | | 2016 & 2017 Taxes Due OH1 (estimated) to Cuyahoga County Treasurer | | |
| 14,325.34 | | 2016 & 2017 Taxes Due OH2 (estimated) to Ashtabula County Treasurer | | |
| 77,917.84 | | 2016 & 2017 Taxes Due NY1 to Olean City | | |
| 34,465.40 | | 2016 & 2017 Taxes Due OH13 to Mahoning County Auditor | | |
| 40,012.08 | | 2016 & 2017 Taxes Due OH4 to Trumbull County Tax Collector | | |
| 71,026.20 | | 2016 & 2017 Taxes Due OH5 to Mahoning County Auditor | | |
| 9,508.17 | | 2016 & 2017 Taxes Due OH6 to Stark County Treasurer | | |

PAGE 3

*Final Settlement Statement*

Settlement Date: 02/12/2018                          File No:  NCS-878594-PHX1
Officer:        Kristin L. Brown/JS

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| 625.16 | | 2016 & 2017 Taxes Due OH6 to Stark County Treasurer | | |
| 75,598.05 | | 2016 & 2017 Taxes Due OH7 to Mahoning County Auditor | | |
| 109,769.55 | | 2016 & 2017 Taxes Due OH8 to Cuyahoga County Treasurer | | |
| 31,510.13 | | 2016 & 2017 Taxes Due OH9 to Ashland County Treasurer | | |
| 9,172.20 | | 2016 & 2017 Taxes Due PA1 to Erie County Tax Claim Bureau | | |
| 20,412.58 | | 2016 & 2017 Taxes Due PA2 to Indiana County Tax Claim | | |
| 23,860.35 | | 2016 & 2017 Taxes Due PA3 to Warren County Tax Claim Bureau | | |
| 18,354.97 | | 2016 & 2017 Taxes Due PA4 to Erie County Tax Claim Bureau | | |
| 8,681.69 | | 2016 & 2017 Taxes Due PA5 to Mercer County Tax Claim | | |
| 14,489.92 | | 2016 & 2017 Taxes Due PA6 to Barbara E. Stahlman, Tax Collector | | |
| 23,626.11 | | 2016 & 2017 Taxes Due PA7 to Dorothy Longstreth Tax Collector | | |
| 11,849.32 | | 2016 & 2017 Taxes Due PA8 to Erie County Tax Claim Bureau | | |
| 1,737.27 | | 2016 & 2017 Taxes Due PA0 to Erie County Tax Claim Bureau | | |
| 26,306.24 | | 2016 & 2017 Taxes Due PA8 to Erie County Tax Claim Bureau | | |
| 6,874.87 | | 2016 & 2017 Taxes Due PA11 to Erie County Tax Claim Bureau | | |
| 398.62 | | 2016 & 2017 Taxes Due PA12 to Mercer County Tax Claim | | |
| 10,702.01 | | 2016 & 2017 Taxes Due PA12 to Mercer County Tax Claim | | |
| 9,993.02 | | 2016 & 2017 Taxes Due PA14 to Mercer County Tax Claim | | |
| | | Cash ( From) ( To) Buyer | | |
| | | Cash ( To) ( From) Seller | | |
| 21,626,765.78 | 21,626,765.78 | Totals | 20,746,417.35 | 20,746,417.35 |

**NOTE: Total Consideration is comprised of $19,048,869.00 towards the purchase of the fee sites and $1,376,131.00 towards the payoff of the mortgages.

PAGE 4



*First American Title Insurance Company*
*National Commercial Services*
2425 E. Camelback Road, Suite 300 · Phoenix, AZ 85016

Office Phone:(602)567-8100 Office Fax:(602)567-8101

*Final Settlement Statement*

| | |
|---|---|
| File No: | NCS-878594A-PHX1 |
| Escrow Officer: | Kristin L. Brown/JS |
| Settlement Date: | 02/12/2018 |
| Disbursement Date: | 02/13/2018 |

First American Title Insurance Company
This is to certify that this is a true
and exact copy of the original document.

By _____

**Property:**
Perkins 22 sites, PA, NY and, OH

**Buyer:**
STORE Master Funding XIII, LLC              STORE CAPITAL ACQUISITIONS, LLC
8377 E. Hartford Dr. Ste. 100, Scottsdale, AZ 85255     8501 E. Princess Dr., Ste 190, Scottsdale, AZ 85255

**Seller:**
5171 Campbells Land Co., Inc
6201 Steuben Pike, Suite 100, McKee's Rocks, PA 15136

**Lender:**
Citibank, N.A.
666 Fifth Avenue, Floor 12B, New York, NY 10103

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Consideration** | | |
| 26,270,000.00 | | Total Consideration | | 26,270,000.00 |
| | | | | |
| | | **Deposits In Escrow** | | |
| | | Receipt No. 771104585 on 01/23/2018 by 5171 Campbell Land Co., Inc. | | 100,000.00 |
| | | Receipt No. 771104655 on 01/26/2018 by 5171 Campbell Land Co., Inc. | | 100,000.00 |
| | 26,077,918.28 | Receipt No. 771104809 on 01/31/2018 by STORE Master Funding XIII, LLC | | |
| | | Receipt No. 771105088 on 02/13/2018 by 5171 Campbells Land Co., Inc | | 570,000.00 |
| | | | | |
| | | **Adjustments** | | |
| | 186,079.17 | February Rent | 186,079.17 | |
| | 500.12 | Interest Earned on IBA#4600055850 | | |
| | | | | |
| | | **Prorations** | | |
| | 6,002.55 | Rents 01/31/18 to 01/31/18 @$186,079.17/mo | 6,002.55 | |
| | | | | |
| | | **Title/Escrow Charges** | | |
| | | Closing-Escrow Fee to First American Title Insurance Company National Commercial Services | 22,000.00 | |
| | | Search and Exam to First American Title Insurance Company National Commercial Services | 24,175.00 | |
| | | Lender Policy to First American Title Insurance Company National Commercial Services | 2,160.00 | |
| | | Commercial Owner Policy to First American Title Insurance Company National Commercial Services | 46,669.40 | |
| | | Endorsement (O) to First American Title Insurance Company National Commercial Services | 35,498.07 | |
| | | Endorsement (L) to First American Title Insurance Company National Commercial Services | 22,486.97 | |
| | | Estimated Recording Fees | 10,250.00 | |
| | | Estimated Documentary Transfer Tax | 180,510.50 | |
| | | Estimated Mortgage Tax | 7,074.50 | |
| | | | | |
| | | **Disbursements Paid** | | |
| | | **Miscellaneous Disbursement** | | |
| | | Appraisal to Duff & Phelps | 46,500.00 | |
| | | Environmental Insurance to STORE Capital Acquisitions | 10,000.00 | |
| | | Survey & Zoning to American National | 82,425.00 | |
| | | UCC Searches to CT Lien Solutions | 244.60 | |
| | | Flood Cert. to Residential Land Services | 660.00 | |
| | | Phase I to Partner Engineering | 49,400.00 | |
| | | PCA to Partner Engineering | 62,000.00 | |
| | | Proceeds to Transfer to 878594 | 20,826,765.78 | |
| | | Payment to Reinhart Food Service, LLC | 85,203.94 | |

PAGE 5

*Final Settlement Statement*

| Settlement Date: | 02/12/2018 | | File No: | NCS-878594A-PHX1 |
| Officer: | Kristin L. Brown/JS | | | |

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | Payment to PERKINS & MARIE CALLENDER'S, LLC. | 701,882.93 | |
| | | Payment to Upfront Holding, LLC | 1,700,000.00 | |
| | | Payment to U.S. Foods | 1,322,159.00 | |
| | | Lease Security Deposit to STORE Capital Corporation | 1,819,058.59 | |
| | | Balance of Security Deposit to STORE Capital Corporation POC-$ $680,941.41 | | |
| | | Pre-Closing UCC Search Fees (Est). to STORE Capital Corporation | 750.00 | |
| | | C of O Charge to Pennsylvania Department of Labor and Industry | 55.00 | |
| 500.12 | | Cash ( From) (X To) Buyer | | |
| | | Cash ( To) ( From) Seller | | |
| 26,270,500.12 | 26,270,500.12 | Totals | 27,040,000.00 | 27,040,000.00 |

Case 17-20526-TPA   Doc 1042-1   Filed 03/30/18   Entered 03/30/18 11:57:38   Desc
Exhibit A   Page 1 of 2

## EXHIBIT "A"

### Sale Consideration

| | | |
|---|---|---|
| Total Consideration (less term note): | $4,487,701.84 | |
| Total Cash Consideration: | $2,745,500.00 | |
| Cash Consideration Received by Trustee: | | $1,991,320.36 |
| Cash Consideration Paid Directly to Creditors: | | $1,028,679.64 |
| US Foods (secured claim): | | $605,507.12 ✗ |
| Reinhart Foodservices (503(b)(9) claim): | | $85,203.94 ✗ |
| Perkins Marie Callendar (cure cost): | | $138,631.56 ✗ |
| 3D Acquisitions LP (cure cost): | | $148,520.83 |
| Elmhurst Properties (cure cost): | | $1,255.60 |
| Gar Field Club (cure cost): | | $16,503.12 |
| Gerald Fry Company (cure cost): | | $2,800.00 |
| Perkins Holdings (cure cost): | | $30,257.47 |
| Assumed Liabilities (Paid): | $1,512,201.24 | |
| Perkins Marie Callendar (postpetition franchise fees): | | $563,251.37 ✗ |
| Reinhart Foodservices (postpetition invoices): | | $11,679.01 |
| US Foods (postpetition invoices): | | $716,650.88 ✗ |
| Sales Tax (postpetition): | | $121,983.98 |
| Various Other Postpetition Payables (approx): | | $98,636.00 |
| Assumed Liabilities (Unpaid): | $230,000.60 | |
| Various Other Postpetition Payables (approx): | | $230,000.60 |

125  FROM  KRR  SCHUMACHER } TO WTK
12&  FROM  SCHUMACHER

17 MILLION TO TRUSTEE

Case 17-20526-TPA   Doc 1042-1   Filed 03/30/18   Entered 03/30/18 11:57:38   Desc
Exhibit A   Page 2 of 2

## Distributions Made from Sale Proceeds

| | | |
|---|---|---|
| Approved Professional Fees: | | $842,862.77 |
| Leech Tishman | | $40,826.58 |
| Ice Miller LLP | | $165,169.04 |
| Scott Hare | | $17,660.00 |
| MacDonald Illig Jones | | $107,813.74 |
| Whiteford, Taylor & Preston | | $242,777.82 |
| David Rudov | | $19,168.13 |
| Eric Bononi | | $7,176.72 |
| Albert's Capital | | $20,895.08 |
| Inglewood Associates | | $93,252.29 |
| McDonald Hopkins | | $128,123.37 |
| Balance of Funds Received by Trustee to Plan Administrator: | | $1,148,457.59 |
| | Total: | $1,991,320.36 |

- 2 -

**ATTACHMENT 3**

**Ronald Linaburg**

| | |
|---|---|
| **From:** | Robert E. Dauer, Jr. <RED@MUSLAW.com> |
| **Sent:** | Tuesday, May 29, 2018 6:46 PM |
| **To:** | Ronald Linaburg; Mike Sabatini |
| **Subject:** | Unique Trustee Closing Flow of Funds |
| **Attachments:** | MUS_PB-#2895802-v1-Flow_of_Funds_for_Unique_Closing.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Emergency, Perkins 28 |

Gentlemen,

Attached is the Unique/Trustee closing flow of funds. As you can see there was an initial deposit which was paid by Billy Kane (from funds that he borrowed). At closing, 5171 paid the balance of the cash purchase price ($1,700,000) less the amounts payable at closing that were either paid by Store or were paid from 5171 post-closing operations as reflected on the attached Flow of Funds. The $1,700,000 was funded by Upfront Holdings (Carter Stockton). Carter Stockton was repaid $1,700,000 from Store Capital on 2/13/18. Upfront was also paid fees and costs in the amount of $200,000 from 5171 on 2/13/18.

Total Bridge loan

Please let me know if you have any questions.

Please note that Dr. L paid the deposit to Spirit in the amount $1.0M. There was also an advance to Store for expenses. I believe there were two payments each in the amount of $100,000. None of these funds flowed through my office. The Spirit deposit was paid to First American Title Company and is reflected on the Settlement Statement. The Store expenses were paid directly to Store.

There is also a $2,500,000 cash security deposit with Store. This was partially paid by the closing with Store from Loan Proceeds. The balance was paid in February and March by 5171 through operations.

Please let me know if you have questions or need any additional information.

Thanks.

Best Regards,

Rob

1

Total: # 566,381.34 ° 24,500 R6L

| | Payments at Closing | Assumed Liabilities | |
|---|---|---|---|
| Payment by Campbell to Unique: | ✗ | | |
| Deposit (Paid by Bill Kane) | $ 274,500.00 | $ - | Deposit |
| Paid at Closing | | | |
| Net Cash Portion of Bid | 2,745,500.00 | - | Net of Deposit |
| Assumed Payables | | | Period 12, 13 and 1 (estmate) |
| Perkins Restaurants (paid by Store on 2/13/18) | | 563,251.37 | Franchise Fees |
| Reinhart Food Service (paid by Store on 2/13/18) | | 24,018.05 | January Costs |
| US Food Service (paid by Store 2/13/18) | | 750,000.00 | Through Jan. 29, 2018 |
| | | | Estimate (Due Feb. 20, may know |
| Sales Taxes (Paid by S171 after closing) | | 135,000.00 | by Feb 11) |
| Spirit Realty Capital (paid by Store on 2/13/18) | | 255,746.36 | January Rent |
| Various Vendors (Paid by S171 Post Closing) | | 156,881.34 | Various Current Payables |
| Total Assumed Payables | - | 1,884,897.12 | |
| Accrued, But Unpaid RE Taxes | - | 244,576.86 | Paid by Store on 2/13/18) |
| Total Paid/Assumed at Closing | 2,745,500.00 | 2,129,473.98 | |
| Total Inflows | 3,020,000.00 | 2,129,473.98 | |

| | | |
|---|---|---|
| Cash Purchase Price | $ 3,020,000.00 | |
| Deposit | 274,500.00 | |
| Balance of Cash Purchase Price | 2,745,500.00 | |
| Defered Payments | (1,045,500.00) | |
| Net Cash Payment | 1,700,000.00 | - |
| Paid By Upfront/Carter Stockton at Closing | 1,700,000.00 | |

| | Payments at Closing | Assumed Liabilities | | |
|---|---|---|---|---|
| Payments Out | | | | |
| Perkins Restaurants | | | | |
| Cure Costs | (138,631.56) | | Prepetition Franchise Fees | Paid by Store on 2/13/ |
| Payables | - | (563,251.37) | Period 12, 13 and 1 (estmate) Franchise Fees | |
| Total | (138,631.56) | (563,251.37) | | |
| US Food Service | | | | |
| Secured Liability | (605,507.12) | | Secured Liability | Paid by Store on 2/13/ |
| Payables | - | (750,000.00) | Through Jan. 29, 2018 | |
| Total | (605,507.12) | (750,000.00) | | |
| Reinhart Food Service | | | | Paid by Store on 2/13/ |
| 503(b)(9) Claim | (85,203.94) | | | Paid by Store on 2/13/ |
| Payables | | (24,018.05) | January Costs | |
| Total | (85,203.94) | (24,018.05) | | |
| Other Cure Costs | | | | |
| 3D Acquisitions, LP | (148,520.83) | | Lease of 20013 Route 19, Mars, PA | Paid by S171 Post Closi |
| Access Point, Inc. | (8,756.08) | | Commercial Service Agreement for telephone and internet service | Paid by Trustee |
| Bainbridge Limited Partners | (2,131.62) | | Lease of 11299 Baco Road, Meadville, PA | Paid by Trustee |
| Elmhurst Properties, Inc. | (1,255.60) | | Lease of 3870 Elm Road NE, Warren, OH | Paid by S171 Post Closi |
| Gar Field Club LP | (16,503.12) | | Lease of 3334 Wilmington Road, New Castle, PA | Paid by S171 Post Closi |
| Gerald Fry Company | (2,800.00) | | Lease of Route 358 Hadley Road, Greenville, PA | Paid by S171 Post Closi |
| Perkins Holdings, LLC - Lease | (20,675.02) | | Lease of 348 West Main Street, Conneaut, OH | Paid by S171 Post Closi |
| Perkins Holdings, LLC - Real Estate Taxes | (9,582.45) | - | Real Estate Taxes for 348 West Main Street, Conneaut, OH | Paid by S171 Post Closi |
| Total | (200,642.27) | - | | |
| Other Payables | | | | |
| Sales Taxes | | (135,000.00) | | Paid by Store on 2/13/ |
| Spirit Realty Capital | | (255,746.36) | January Rent (Clearing Sheet #) | Paid by Store on 2/13/ |
| Various Vendors | | (156,881.34) | Various Current Payables | Paid by S171 Post Closi |
| Accrued, But Unpaid RE Taxes | | (244,576.86) | Resolved through Spirit transaction | Paid by Store on 2/13/ |
| Total | - | (412,627.70) | | |
| Other Administrative | | | | |
| Colette Gibbons, Trustee, Ice Miller LLP | (165,169.04) | | | |
| McDonald Hopkins LLC | (128,123.37) | | | |
| MacDonald, Illig, Jones & Britton LLP | (107,813.74) | | | |
| Inglewood Associates LLC | (93,252.29) | | | |
| Albert's Capital Services, LLC | (20,895.08) | | | |
| Whiteford, Taylor & Preston LLP | (242,777.82) | | | |
| Leech Tishman Fuscado & Lampi, LLC | (49,826.58) | | | |
| Bononi & Company, P.C. | (7,176.72) | | | |
| Scott M. Hare, Esquire | (17,660.00) | | | |
| David K. Rudov, Esquire | (19,168.13) | | | |
| U.S. Trustee | (13,000.00) | | | |
| Total | (864,862.77) | - | | Paid to Trustee at Closi |
| SFR Expense Reimbursement | (100,000.00) | - | | |
| Total Payments Out | (1,994,847.66) | (1,749,897.12) | | |
| Defered Closing Payments | (1,045,500.00) | | | |

MUS Sheet 1

# Single Ledger Balance Report - Sorted By Ref/Ck Number

| Selection Criteria | |
|---|---|
| Trust Account: $ | Trust Account Description: Dollar #2661631975 |
| File ID: 280810/100B | Client / Matter: 5171 Campbells Land Co., Inc. |
| Responsible Party: red | Ledger Comment: |
| Settlement Date: | Property: |
| Starting Date: 01/01/18 | Ending Date: 05/29/18 |

| Ref/Ck No. | Transaction Date | Payee Name / Memo | Medium | Cleared Date | Amount |
|---|---|---|---|---|---|
| **Deposits** | | | | | |
| | 01/31/18 | Regions Bank (Upfront Holding) Perkins Restaurant | Wire | 01/31/18 | $950,000.00 |
| | 02/13/18 | 5171 Campbell's Land Company | Wire | 02/28/18 | $200,000.00 |
| | 04/09/18 | 5171 Campbells Land Co., Inc. | Wire | 04/30/18 | $3,635.00 |
| | | **Total of 3 Deposits** | | | **$1,153,635.00** |
| **Miscellaneous** | | | | | |
| | 01/31/18 | McDonald Hopkins LLC Cash Purchase Price - Unique Ventures Acquisition | Wire | 01/31/18 | $1,200,000.00 |
| | 02/13/18 | Upfront Holding, LLC | Wire | 02/28/18 | $200,000.00 |
| | | **Total of 2 Miscellaneous Items** | | | **$1,400,000.00** |
| **Transfer (+)** | | | | | |
| | 01/31/18 | Transfer from Stockton Wire | | | $250,000.00 |
| | | **Total of 1 (+) Transfer** | | | **$250,000.00** |
| **Report Totals:** | | **Ending Balance on 05/29/18:** | | | **$0.00** |

Date of Report: 5/29/18
Time of Report: 03:37:15PM
Report By: KJJ



420 Ft. Duquesne Blvd, Ste 1900, Pittsburgh, PA  15222
Tel:  412-281-8771 ● Fax:  412-281-7001
email:  info@louisplung.com

May 31, 2019

Daniel Lynch
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066

Dear Mr. Lynch:

We are in receipt of the December 2018 Balance Sheet and Income Statement for 5171 Campbells Land Co., LLC. ("5171" or "the Company").  As detailed in our report dated March 18, 2019 ("Our Report"), many of the balance sheet accounts and therefore income statement accounts are misstated and/are recorded incorrectly.  The December 2018 financial statements appear to be grossly misstated and contain large variances in both the balance sheet and income statement accounts.   We are not able to determine the cause of these variances without supporting documentation, journal entries and account reconciliations.   Based on our limited analysis of the December 2018 financial statements, we have the following comments and observations.

**Goodwill**

As stated in Our Report, Goodwill of $2,683,292 was acquired in connection with the Asset Purchase Agreement (APA) dated January 26, 2018.  As we also stated in Our Report, entries to increase Goodwill continued to be made by the Company after the APA which overstated Goodwill by $1,863,244.64.  Additional entries were made through December 2018 that increased Goodwill to $6,493,253.   As of December 2018, Goodwill is overstated by $3,809,961. Additional documentation is required in order to determine the make-up of the overstatement and its classification as other capitalizable costs or additional current expenses which would serve to further decrease the Company's 2018 income.

**Property and Equipment**

$4,050,000 of equipment was acquired by 5171 with the APA.  Based on the Company's internal financial statements, equipment increased by $588,591 indicating that the Company purchased additional equipment in that amount.  The amount of equipment included in the December 2018 balance sheet is $2,828,974 which appears to represent the disposal or sale of $1,809,617 of equipment.  The income statement does not include income or loss from a sale of equipment.  Therefore, the reduction in equipment appears to be a disposal of equipment or a reclassification to other general ledger accounts.

Entries were made to record $1,720,546 in leasehold improvements through December 2018. We have no supporting documentation to confirm accuracy or make-up of the amount of leasehold improvements or how they were acquired.

Daniel Lynch
May 31, 2019
Page 2

The December 2018 balance sheet reflects an increase in accumulated depreciation and corresponding expense of $2,562,000 which is titled "Bonus Depreciation". Bonus Depreciation is a special tax deduction allowed for certain acquired qualifying property. Bonus Depreciation should not be recorded within financial statements that are prepared in accordance with generally accepted accounting principles. Additionally, we have no documentation to support that any of the acquired assets qualify for Bonus Depreciation.

**Other Balance Sheet Asset Accounts**

Exhibit 1 attached hereto provides a comparison of monthly internally prepared balance sheets for the Company for 2018. Note that the accounts and balances contain some extreme fluctuations from period to period and that some of the accounts are negative balances.

Store Capital Deposits and Smallwares in the amounts of $2,500,000 and $235,609 respectively are improperly categorized as current assets. Assuming that current liabilities are properly stated as of December 2018, the Company's estimated available working capital is a negative $(7,522,254). Negative working capital indicates that 5171 cannot continue to operate without a large influx of cash or concessions by its creditors. See Exhibit 3.

**Commissions Payable**

As detailed in Our Report, commissions of $750,000 were incurred in connection with the sale/leaseback transaction. The commissions were written off by the Company in December 2018. The write off suggests that the Company is not going to pay the commissions and increased the gain on sale that resulted from the sale/leaseback transaction by $750,000.

**Officer Loan Payable - LT**

In connection with the APA, 5171 borrowed $250,000 from certain individuals. 5171 initially recorded these loans as short term but reclassified them as long term in Period 5. The balance sheets as of 2018 report the balance in Officer Loan Payable – LT as a negative $(575,000). The change in balance suggests that $825,000 was paid by 5171 to the Officer and the Officer owes 5171 $575,000 (the excess paid over the $250,000 owed by the Company). Documentation is needed to verify the accuracy of the account balance.

**Sales Tax Payable**

Based on the December balance sheet the company owes $1,262,411 in sales tax to the various states it operates in. During Periods 2-9 2018 and October 2018, sales tax payable increased from $22,964 to $506,174. Therefore, the balance increased by $756,267 from October to December. The large increase indicates that the amount of unpaid sales tax may have been understated in prior periods.

**Franchise Fees Payable**

Based on the December balance sheet the company owes $973,774 in franchise fees. During Periods 2-9 2018 and October 2018, franchise fees payable increased from $148,760 to $569,467. Therefore, the balance increased by $404,307 from October to December. The large

Daniel Lynch
May 31, 2019
Page 3

increase indicates that the amount of unpaid franchise fees may have been understated in prior periods.

**Paid- In- Capital**

The balance of Paid-in-Capital prior to the APA and sale/leaseback transaction was $980,700. The balance in Paid-in-Capital increased by $3,856,555 during 2018 and totals $4,837,255 as of December 2018. As detailed in Our Report, monies loaned to 5171 by L4 and/or Dr. Linaburg along with other adjustments were improperly recorded as Paid-in-Capital.  Subsequent to the date of Our Report, we became aware that pre-2018 Paid-in-capital of $980,700 represented loans from L4 and/or Dr. Linaburg as well.  Therefore, $3,062,655 of the total balance is known to represent monies loaned to 5171 by L4 and/or Dr. Linaburg.  The remainder of the balance of $1,774,600 is most likely the result of erroneous entries to Paid-in-Capital and most likely represent additional liabilities of the Company.   To the best of our knowledge no member of the Company contributed cash as Paid-in-Capital.  Note that the Paid-in-Capital balance decreased by $179,900 in Period 9.  This amount was paid to an affiliated party as described in Our Report. In Period 10 the entry to reduce Paid-in-Capital by the $179,900 was reversed.  Documentation is needed in order to determine the accuracy of this account.

Due to the inaccuracy of the Paid-in- Capital account,  total liabilities appear to be understated by at least $4,837,255.  If all of these liabilities are current, the working capital deficit as of December 2018 would total $(12,360,509).

**Discounts Earned**

During the last four periods of 2018, total sales were reduced by $902,243.23 for what is presented on the income statement as "Discount Earned". Prior to period 10, the year-to-date balance in this account was a $3,165.71 increase to total sales. The nature and substance of these significant sales adjustments need to be investigated.

**Operating Income (Loss)**

According to the December 2018 income statement, 5171 realized net income of $88,270. However, the total sales per the December 2018 add up to $76,249.  The $12,021 footing error is most likely a formatting error with the financial statements.  Note however, that net income includes $4,376,703 in income generated by the sale/leaseback transaction not operations and represents the excess cash net of expenses received by the Company.  Therefore, without further analysis to determine the accuracy of the reported income and if other non-operating income or expense is included within the year-end December 2018 income statements, the Company sustained a $(4,300,454) operating loss. See Exhibit 4.

**Summary**

Based on our limited analysis, it appears that the financial statements provided by the Company are grossly misstated.   Account balances fluctuate significantly between periods.   Large adjustments appear to be made in December 2018 some of which appear to be correcting the overstatement of sales and understatement of various liabilities.   The financial statements as

Daniel Lynch
May 31, 2019
Page 4


presented appear to be completely unreliable. A complete forensic audit is needed to determine the balances of actual assets, liabilities, working capital and loss generated by the Company.


Very truly yours,


LOUIS PLUNG & COMPANY, LLP


Catherine T. Marchelletta, CPA, MST
Partner

**EXHIBITS**

**EXHIBIT 1**

**5171 Campbells Land Co., LLC**
**Balance Sheets**
**ASSETS**

| Period 2 2018 thru December 2018 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | October 7, 2018 | December 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | |
| Petty Cash | $ 67,412.11 | $ 85,013.88 | $ 101,296.74 | $ 55,700.00 | $ 74,413.58 | $ 95,239.79 | $ 94,594.02 | $ 119,944.12 | $ 94,594.02 | $ 83,425.64 |
| Bank Accounts | 121,116.65 | 41,917.99 | (32,460.34) | (656,287.64) | (422,999.14) | (706,086.45) | (623,345.76) | 23,695.16 | (3,910,792.51) | 1,963.56 |
| Intercompany | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Deposit Clearing | 456,341.91 | 392,849.56 | 360,800.26 | 347,989.33 | 279,725.01 | 218,706.90 | 0.00 | 212,222.67 | 0.00 | (47,157.31) |
| Payroll Clearing | (311,191.29) | (326,410.10) | (328,315.19) | (347,611.67) | (349,815.18) | (346,545.95) | 0.00 | (351,366.17) | 356,672.30 | (306,246.78) |
| Payroll Tax Suspense Acct | 0.00 | 230,075.54 | 399,346.57 | (73,389.54) | 257,387.17 | 587,953.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| A/R - Employees | (25.00) | (100.00) | (302.53) | 4,596.86 | 4,546.86 | 4,471.02 | 4,421.02 | 4,371.02 | 4,421.02 | 4,171.02 |
| A/R - Shoes | 0.00 | 0.00 | 0.00 | 0.00 | (65.28) | (65.28) | (65.28) | (65.28) | (65.28) | (130.24) |
| A/R - 401(k) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A/R - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (194.50) |
| Inventory | 297,092.19 | 297,092.19 | 297,092.19 | 297,092.19 | 299,200.09 | 304,182.99 | 275,618.68 | 284,248.92 | 275,618.68 | 267,938.68 |
| Smallwares | 58,000.00 | 214,287.09 | 229,608.33 | 235,608.67 | 235,608.67 | 235,608.67 | 235,608.67 | 235,608.67 | 235,608.67 | 235,608.67 |
| Prepaid Expenses | 24,981.97 | 60,823.94 | 105,031.19 | 63,795.16 | 19,204.86 | 19,931.41 | 31,172.86 | 25,331.44 | 103,347.57 | 0.00 |
| Prepaid Loan Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,486.07 | 4,486.07 | 4,486.07 | 4,486.07 | 4,486.07 |
| Store Capital Deposits | 2,044,058.59 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 | 2,500,000.00 |
| Prepaid Ohio Work Comp Ins. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,071.38 | 23,541.59 | 19,789.12 | 26,654.22 | (1,202.85) |
| **Total Current Assets** | 2,757,787.13 | 3,495,550.09 | 3,632,097.22 | 2,427,493.36 | 2,897,206.64 | 2,938,954.16 | 2,546,031.87 | 3,078,265.74 | (309,455.24) | 2,742,661.96 |
| **Property and Equipment** | | | | | | | | | | |
| Buildings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accum Deprec-Buildings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Land | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 | 1,394,040.00 |
| Parking Lot Improvements | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accum Deprec-Parking Lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capitalized Outside Maint. | | | | | | | | | 0.00 | 45,502.50 |
| Accrum Deprc- Capt. Maint. | | | | | | | | | 0.00 | (1,516.81) |
| Signs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment | 4,050,000.00 | 4,138,759.18 | 4,143,164.28 | 4,143,164.28 | 4,143,164.28 | 4,461,496.91 | 4,535,861.13 | 4,616,174.18 | 4,638,590.76 | 2,828,973.57 |
| Accum Deprec-Equipment | 0.00 | 0.00 | 0.00 | (195,864.48) | (244,830.60) | (293,796.72) | (342,762.84) | (391,728.96) | (342,762.84) | (425,593.44) |
| Vehicles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unamortized Leasehold Improvem | 17,896.14 | 79,923.19 | 275,114.86 | 463,900.56 | 539,330.25 | 712,040.88 | 812,023.14 | 906,543.96 | 816,722.73 | 1,720,546.45 |
| Accum Depr - Bonus Deprec. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,562,000.00) |
| **Total Property and Equipment** | 5,461,936.14 | 5,612,722.37 | 5,812,319.14 | 5,805,240.36 | 5,831,703.93 | 6,273,781.07 | 6,399,161.43 | 6,525,029.18 | 6,506,590.65 | 2,999,952.27 |
| **Other Assets** | | | | | | | | | | |
| Utility Deposits | 108,642.00 | 154,305.50 | 154,305.50 | 154,305.50 | 154,305.50 | 154,305.50 | 154,305.50 | 154,305.50 | 159,070.50 | 158,447.32 |
| Tax Escrow - FNB Mortgage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,054.75 | 0.00 | 2,109.49 |
| Unamortized Organizational Exp | 0.00 | 0.00 | 0.00 | 224,162.63 | 224,162.63 | 224,162.63 | 224,162.63 | 224,162.63 | 224,162.63 | 210,366.63 |
| Unamortized Goodwill | 2,683,292.04 | 2,796,536.68 | 4,546,536.68 | 4,462,274.68 | 4,438,946.29 | 4,415,617.90 | 4,392,289.51 | 4,308,057.12 | 4,331,385.51 | 6,493,252.99 |
| Closing Costs - FNB Mortgage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,681.75 | 0.00 | 51,681.75 |
| Acc. Amort-FNB Closing Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (416.48) |
| Franchise Transfer Fee | | | | | | | | | 0.00 | 52,000.00 |
| **Total Other Assets** | 2,791,934.04 | 2,950,842.18 | 4,700,842.18 | 4,840,742.81 | 4,817,414.42 | 4,794,086.03 | 4,770,757.64 | 4,739,261.75 | 4,714,618.64 | 6,967,441.70 |
| **Total Assets** | 11,011,657.31 | 12,059,114.64 | $ 14,145,258.54 | $ 13,073,476.53 | $ 13,546,324.99 | $ 14,006,821.26 | $ 13,715,950.94 | $ 14,342,556.67 | $ 10,911,754.05 | $ 12,710,055.93 |

**EXHIBIT 1 (Continued)**

LIABILITIES AND CAPITAL

| Period 2 2018 thru December 2018 | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | October 7, 2018 | December 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | | |
| Credit Card - M/C & VISA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Credit Card - Discover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Card - AMEX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short Term Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 293,886.82 | 0.00 | 150,417.30 |
| Credit Line - RGL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 |
| Accounts Payable | 4,100.72 | 1,360,336.74 | 1,752,103.33 | 1,780,993.90 | 1,706,320.20 | 1,708,284.70 | 1,903,799.55 | 2,272,079.89 | 2,355,495.27 | 2,157,064.36 | 2,292,959.71 |
| Franchise Fees Payable | 0.00 | 148,760.24 | 201,321.77 | 207,309.75 | 209,324.66 | 313,350.82 | 366,059.42 | 468,584.35 | 569,466.50 | 569,466.50 | 973,773.52 |
| Advertising Fees Payable | 0.00 | 72,098.00 | 151,359.47 | 191,899.06 | 236,254.45 | 116,771.56 | 78,541.48 | 120,435.19 | 84,326.04 | 49,326.04 | 232,556.29 |
| Credit Cards Payable | | | | | | | | | | | 3.95 |
| Sales Tax Payable | 0.00 | 141,933.22 | 229,152.85 | 312,000.33 | 232,426.77 | 357,821.50 | 445,945.47 | 595,493.35 | 668,543.18 | 506,174.01 | 1,262,441.02 |
| FIT Payable | 0.00 | 35,332.22 | 111,257.53 | 185,115.09 | (393.98) | 80,607.07 | 161,069.83 | 832.25 | 3,069.10 | 2,286.03 | (3,409.31) |
| FICA Payable | 0.00 | 79,507.22 | 248,068.02 | 418,112.98 | 539.25 | 183,702.83 | 364,796.47 | 0.08 | 3,677.12 | 2,655.14 | (6,583.40) |
| City Tax Payable | 0.00 | 8,281.83 | 17,898.66 | 14,648.40 | 6.92 | 10,586.78 | 21,150.63 | 0.00 | (738.97) | (871.77) | (1,428.45) |
| Suspense - State Inc. Tax Pay. | 0.00 | 0.00 | 0.00 | 3.07 | 5.87 | 5.87 | 5.87 | 5.87 | 5.87 | 5.87 | 0.00 |
| State Income Tax Payable | 0.00 | 22,963.59 | 50,798.92 | 78,567.69 | 15.17 | 29,923.58 | 59,487.38 | 0.00 | 696.29 | 573.29 | (1,128.28) |
| PA EE UC Withheld | 0.00 | 316.00 | 677.18 | 1,042.06 | 29.91 | 424.38 | 813.73 | 0.42 | 1.11 | 0.42 | (23.61) |
| LST Payable | 0.00 | 2,061.85 | 4,021.85 | 3,167.85 | 0.00 | 2,086.00 | 4,156.00 | 0.00 | 0.00 | (30.00) | 176.00 |
| Accrued Payroll Taxes | 0.00 | 36,927.97 | 79,471.89 | 87,974.74 | 73,450.86 | 99,065.58 | 121,909.17 | 142,245.20 | 139,997.95 | 142,516.22 | 0.00 |
| Accrued NY State Disability | 0.00 | 16.20 | (318.97) | (463.94) | (400.94) | (337.22) | (277.69) | (221.76) | (171.70) | (915.50) | (926.74) |
| Accrued Ohio CAT Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,500.00 | 0 | 5,500.00 |
| Accrued Utilities Payable | 0.00 | 0.00 | (477.20) | (477.20) | (477.20) | 2,218.44 | (4,449.55) | (12,161.68) | (12,161.68) | (12,159.05) | (10,712.90) |
| Acquisition Expenses Payable | (3,996.75) | 6,778.09 | (18,500.00) | (99,941.52) | (64,266.57) | (64,266.57) | (45,098.63) | (45,098.63) | (45,098.63) | (45,098.63) | 0.00 |
| Accrued Payroll | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accrued Real Estate Taxes | 0.00 | (13,574.96) | (23,518.54) | (23,518.54) | 145,016.54 | 187,150.21 | 206,748.98 | 239,517.08 | 281,650.75 | 276,036.08 | 169,024.58 |
| Accrued Rent | 0.00 | 0.00 | (186,079.17) | (372,158.34) | 128,824.49 | 114,510.71 | 100,196.93 | 85,883.15 | 71,569.37 | (286,275.19) | 0.00 |
| 401(k) Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accrued Interest Payable | 0.00 | 0.00 | 0.00 | 0.00 | 41.10 | 41.10 | 41.10 | 41.10 | 41.10 | 41.10 | 41.10 |
| "Give Kids the World" | 0.00 | 32.00 | 0.00 | 30.43 | 26.13 | 26.13 | 26.13 | 4,590.86 | 5,005.48 | 4,590.86 | 11,594.82 |
| Gift Cards | 0.00 | (17,566.66) | (28,729.41) | (36,090.11) | (39,293.53) | (40,329.30) | (46,884.99) | (50,956.01) | (55,638.03) | (50,956.01) | 18,712.00 |
| Current Portion - LT Debt | 0.00 | 0.00 | 0.00 | 0.00 | 18,400.00 | 18,400.00 | 18,400.00 | 18,400.00 | 18,400.00 | 18,400.00 | 18,400.00 |
| Loan Payable - Store Capital | 0.00 | 0.00 | 0.00 | 1,750,000.00 | 1,679,880.60 | 1,539,641.80 | 1,434,462.70 | 1,329,283.60 | 1,259,164.20 | 1,259,164.20 | 1,117,920.11 |
| Officer Loan Payable - ST | 0.00 | 250,000.00 | 250,000.00 | 250,000.00 | 0.00 | 650,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Loan Payable - L-Four LP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 800,000.00 | 800,000.00 | 800,000.00 | 800,000.00 | 800,000.00 |
| Auto Loan - Ally | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | |
| Total Current Liabilities | 103.97 | 2,134,203.55 | 2,838,540.18 | 4,748,215.70 | 4,325,730.10 | 5,359,685.97 | 5,990,899.98 | 5,968,954.31 | 6,946,657.14 | 5,892,023.97 | 7,529,307.71 |
| | | | | | | | | | | | |
| **Long-Term Liabilities** | | | | | | | | | | | |
| Commissions Payable | 0.00 | 750,000.00 | 750,000.00 | 750,000.00 | 750,000.00 | 750,000.00 | 750,000.00 | 750,000.00 | 750,000.00 | 750,000.00 | 0.00 |
| Mortgage Payable | 398,500.00 | 398,500.00 | 398,500.00 | 398,500.00 | 380,100.00 | 380,100.00 | 380,100.00 | 380,100.00 | 0.00 | 380,100.00 | 0.00 |
| Loan from Shareholders | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 | 13,840.00 |
| Officer Loan Payable - LT | 0.00 | 0.00 | 0.00 | 0.00 | 300,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | (575,000.00) |
| Loan Payable - GSG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124,814.85 | 123,264.37 | 121,706.11 | 121,706.11 | 115,314.22 |
| Loan Payable - Ascentium | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (913.46) | 73,905.32 | 72,982.64 | 72,982.64 | 69,197.89 |
| Mortgage Payable - FNB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650,000.00 | 0.00 | 640,897.30 |
| Mortgage Payable - Upfront | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mortgage Pay. - Disam Holdings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | |
| Total Long-Term Liabilities | 412,340.00 | 1,162,340.00 | 1,162,340.00 | 1,162,340.00 | 1,443,940.00 | 1,393,940.00 | 1,517,841.39 | 1,591,109.69 | 1,858,528.75 | 1,588,628.75 | 264,249.41 |
| | | | | | | | | | | | |
| Total Liabilities | 412,443.97 | 3,296,543.55 | 4,000,880.18 | 5,910,555.70 | 5,769,670.10 | 6,753,625.97 | 7,508,741.37 | 7,560,064.00 | 8,805,185.89 | 7,480,652.72 | 7,793,557.12 |
| | | | | | | | | | | | |
| **Capital** | | | | | | | | | | | |
| Common Stock | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Paid In Capital | 980,700.00 | 4,217,155.00 | 4,217,155.00 | 4,217,155.00 | 4,217,155.00 | 4,217,155.00 | 4,217,155.00 | 4,217,155.00 | 4,037,255.00 | 4,217,155.00 | 4,837,255.00 |
| Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Members Distributions | | | | | | | | | | | (13,100.00) |
| Net Income | (103.97) | 3,496,958.76 | 3,840,079.46 | 4,016,547.84 | 3,085,651.43 | 2,574,544.02 | 2,279,924.89 | 1,937,731.94 | 1,499,115.78 | (787,053.67) | 88,269.94 |
| | | | | | | | | | | | |
| Total Capital | 981,596.03 | 7,715,113.76 | 8,058,234.46 | 8,234,702.84 | 7,303,806.43 | 6,792,699.02 | 6,498,079.89 | 6,155,886.94 | 5,537,370.78 | 3,431,101.33 | 4,913,424.94 |
| | | | | | | | | | | | |
| Total Liabilities & Capital | $ 1,394,040.00 | 11,011,657.31 | 12,059,114.64 | $ 14,145,258.54 | $ 13,073,476.53 | $ 13,546,324.99 | $ 14,006,821.26 | $ 13,715,950.94 | $ 14,342,556.67 | $ 10,911,754.05 | $ 12,706,982.06 |

**EXHIBIT 2**

**INCOME STATEMENT**

| | Period 1 | Period 2 | % of Sales | Period 3 | % of Sales | Period 4 | % of Sales | Period 5 | % of Sales | Period 6 | % of Sales | Period 7 | % of Sales | Period 8 | % of Sales | Period 9 | % of Sales | Period 13 | % of Sales | Accum 1-9 & 13 | % of Sales | Projected 10, 11 and 12 | % of Sales | Year-To-Date | % of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sales-Dining Room | $ 0.00 | $ 2,157,689.71 | | $ 2,526,461.83 | | $ 2,454,747.94 | | $ 2,572,867.52 | | $ 2,496,468.41 | | $ 2,525,458.18 | | $ 2,463,061.29 | | $ 2,476,146.16 | | $ 2,644,664.43 | | $ 22,317,565.47 | | $ 8,465,787.17 | | $ 30,783,352.64 | |
| Sales-Exempt | 0.00 | 86,120.57 | | 104,861.83 | | 104,791.53 | | 107,278.58 | | 99,291.38 | | 92,590.91 | | 100,062.22 | | 104,931.79 | | 1,738.17 | | 801,666.98 | | 4,522.47 | | 806,189.45 | |
| Other Income | 0.00 | (44.05) | | 997.53 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | (2,272.70) | | (4,691.50) | | 0.00 | | (6,010.72) | | 0.00 | | (6,010.72) | |
| Rebates | 0.00 | 0.00 | | 0.00 | | 100,000.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 100,000.00 | | 17,048.09 | | 117,048.09 | |
| Discount Earned | 0.00 | 0.00 | | 505.51 | | 75.00 | | 1,229.01 | | 200.00 | | 576.92 | | 0.00 | | 579.27 | | (205,757.01) | | (202,591.30) | | (699,651.93) | | (902,243.23) | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Revenues** | 0.00 | 2,243,766.23 | | 2,632,826.70 | | 2,659,614.47 | | 2,681,375.11 | | 2,595,959.79 | | 2,618,626.01 | | 2,560,850.81 | | 2,576,965.72 | | 2,440,645.59 | | 23,010,630.43 | | 7,787,705.80 | | 30,798,336.23 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cost of Sales** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchases-Food | 0.00 | 605,281.12 | 27% | 769,911.35 | 29% | 760,556.34 | 29% | 801,738.72 | 30% | 755,753.92 | 29% | 739,953.08 | 29% | 734,063.54 | 28% | 758,776.44 | 29% | 854,082.99 | 35% | 6,780,117.50 | 29% | 2,385,065.01 | 31% | 9,165,182.54 | 30% |
| Gross Wages-Manager | 0.00 | 219,129.37 | 10% | 231,710.51 | 9% | 227,394.17 | 9% | 227,788.76 | 8% | 228,260.18 | 9% | 211,952.43 | 8% | 209,260.94 | 8% | 205,835.33 | 8% | 220,440.94 | 9% | 1,981,772.63 | 9% | 660,596.79 | 9% | 2,642,369.42 | 9% |
| Gross Wages-Administration | 0.00 | 87,842.12 | 4% | 114,403.18 | 4% | 120,798.93 | 5% | 123,098.52 | 5% | 123,997.68 | 5% | 130,315.09 | 5% | 130,922.95 | 5% | 144,101.65 | 6% | 118,533.37 | 5% | 1,094,013.49 | 5% | 418,606.20 | 5% | 1,512,619.69 | 5% |
| Gross Wages-Service | 0.00 | 115,087.53 | 5% | 134,427.53 | 5% | 133,937.84 | 5% | 140,995.53 | 5% | 139,190.66 | 5% | 140,935.22 | 5% | 140,909.48 | 6% | 142,051.23 | 6% | 122,887.61 | 5% | 1,210,422.63 | 5% | 405,373.70 | 5% | 1,615,796.33 | 5% |
| Gross Wages-Preparation | 0.00 | 209,973.07 | 9% | 247,398.98 | 9% | 254,442.64 | 10% | 270,899.42 | 10% | 273,204.76 | 11% | 269,054.47 | 10% | 273,246.87 | 11% | 276,398.21 | 11% | 241,323.62 | 10% | 2,316,842.04 | 10% | 814,209.90 | 10% | 3,131,051.94 | 10% |
| Gross Wages-Maintenance | 0.00 | 43,169.94 | 2% | 48,155.72 | 2% | 51,042.85 | 2% | 64,563.50 | 2% | 57,056.70 | 2% | 58,685.50 | 2% | 65,385.57 | 3% | 66,739.80 | 3% | 56,597.05 | 2% | 511,396.63 | 2% | 198,627.10 | 3% | 710,023.73 | 2% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Cost of Sales** | 0.00 | 1,280,483.15 | 57% | 1,546,007.27 | 59% | 1,548,172.77 | 58% | 1,629,084.45 | 61% | 1,577,463.90 | 61% | 1,551,795.79 | 59% | 1,553,789.35 | 61% | 1,593,902.66 | 62% | 1,613,865.58 | 66% | 13,894,564.92 | 60% | 4,882,478.73 | 63% | 18,777,043.65 | 61% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Gross Profit** | 0.00 | 963,283.08 | 43% | 1,086,819.43 | 41% | 1,111,441.70 | 42% | 1,052,290.66 | 39% | 1,018,495.89 | 39% | 1,066,830.22 | 41% | 1,007,061.46 | 39% | 983,063.06 | 38% | 826,780.01 | 34% | 9,116,065.51 | 40% | 2,905,227.07 | 37% | 12,021,292.58 | 39% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Suspense Account - Expenses | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | (2,000.00) | 0% | 4,528.78 | 0% | 0.00 | 0% | 30,946.00 | 1% | 0.00 | 0% | 33,474.78 | 0% | (31,195.42) | 0% | 2,279.36 | 0% |
| Bonus Pay | 0.00 | 0.00 | 0% | 7,800.00 | 0% | 0.00 | 0% | 12,025.00 | 0% | 701.00 | 0% | 665.00 | 0% | 0.00 | 0% | 400.00 | 0% | 0.00 | 0% | 21,591.00 | 0% | 2,140.00 | 0% | 23,731.00 | 0% |
| Vacation Pay | 0.00 | 4,447.00 | 0% | 10,403.73 | 0% | 12,700.42 | 0% | 12,925.30 | 0% | 17,788.00 | 1% | 29,613.10 | 1% | 35,574.59 | 1% | 29,649.25 | 1% | 16,909.60 | 1% | 170,010.99 | 1% | 60,028.09 | 1% | 230,039.08 | 1% |
| Uniforms | 0.00 | 748.00 | 0% | 159.80 | 0% | 62.95 | 0% | 1,643.50 | 0% | 43.80 | 0% | 16.70 | 0% | 75.24 | 0% | 37.55 | 0% | 65.50 | 0% | 2,853.04 | 0% | 190.33 | 0% | 3,043.37 | 0% |
| Gross Wages-Mgr. Trainee | 0.00 | 3,266.86 | 0% | 8,689.16 | 0% | 11,170.13 | 0% | 12,538.70 | 0% | 11,854.09 | 0% | 13,714.08 | 1% | 16,504.69 | 1% | 13,150.35 | 1% | 8,258.79 | 0% | 99,146.85 | 0% | 39,643.77 | 1% | 138,790.62 | 0% |
| Operating Supplies-Paper | 0.00 | 32,341.06 | 1% | (32,341.06) | -1% | 41,853.08 | 2% | 39,960.60 | 1% | 36,245.36 | 1% | 39,821.86 | 2% | 38,089.71 | 1% | 40,516.66 | 2% | 46,343.88 | 2% | 282,833.15 | 1% | 148,061.25 | 2% | 430,894.40 | 1% |
| Operating Supplies-Janitor | 0.00 | 19,712.67 | 1% | (19,712.67) | -1% | 24,861.60 | 1% | 29,048.39 | 1% | 29,356.77 | 1% | 28,770.54 | 1% | 29,188.22 | 1% | 29,582.30 | 1% | 16,781.78 | 1% | 187,589.60 | 1% | 58,915.96 | 1% | 246,505.56 | 1% |
| Operating Supplies-China/Silve | 0.00 | 18,675.92 | 1% | (18,675.92) | -1% | 37,884.99 | 1% | 42,282.16 | 2% | 18,030.90 | 1% | 15,788.37 | 1% | 18,018.22 | 1% | 19,033.19 | 1% | 8,358.41 | 0% | 159,396.24 | 1% | 47,390.98 | 1% | 206,787.22 | 1% |
| Operating Supplies-Misc. | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% |
| Operating Supplies-Memo-Gst | 0.00 | 204.86 | 0% | 0.00 | 0% | 2,468.70 | 0% | 0.00 | 0% | 0.00 | 0% | 2,806.00 | 0% | 0.00 | 0% | 10,631.65 | 0% | 246.08 | 0% | 16,357.29 | 0% | 2,570.46 | 0% | 18,927.75 | 0% |
| Office Expense | 0.00 | 2,621.16 | 0% | 11,357.59 | 0% | 5,598.88 | 0% | 1,741.22 | 0% | 24,027.75 | 1% | 10,630.65 | 0% | 15,465.04 | 1% | 23,126.97 | 1% | (41,344.02) | -2% | 53,225.24 | 0% | 121,561.82 | 2% | 174,787.06 | 1% |
| Postage | 0.00 | 0.00 | 0% | 0.00 | 0% | 399.47 | 0% | 0.00 | 0% | 0.00 | 0% | 29.05 | 0% | 33.39 | 0% | 0.00 | 0% | 35.10 | 0% | 497.01 | 0% | 0.00 | 0% | 497.01 | 0% |
| Credit Card Fees | 0.00 | 0.00 | 0% | 18,911.10 | 1% | 40,470.04 | 2% | 39,521.09 | 1% | 40,399.51 | 2% | 38,691.68 | 1% | 41,593.23 | 2% | 39,854.27 | 2% | 38,939.41 | 2% | 298,380.33 | 1% | 81,017.99 | 1% | 379,398.32 | 1% |
| Gift Card Fees | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 100.25 | 0% | 51.45 | 0% | 38.83 | 0% | 262.30 | 0% | 401.62 | 0% | 854.45 | 0% | 401.06 | 0% | 1,255.51 | 0% |
| Business & Promotions | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 366.03 | 0% | 193.58 | 0% | 250.74 | 0% | 127.08 | 0% | 146.88 | 0% | 128.25 | 0% | 447.48 | 0% | 1,660.04 | 0% | 397.80 | 0% | 2,057.84 | 0% |
| Utilities | 0.00 | 68,377.32 | 3% | 138,443.33 | 5% | 129,056.33 | 5% | 116,983.77 | 4% | 138,918.72 | 5% | 125,177.93 | 5% | 120,566.46 | 5% | 156,075.35 | 6% | 124,985.15 | 5% | 1,118,584.36 | 5% | 366,089.89 | 5% | 1,484,674.25 | 5% |
| Telephone | 0.00 | 13,612.41 | 1% | 16,799.41 | 1% | 13,267.98 | 0% | 13,389.40 | 0% | 12,905.88 | 0% | 5,041.03 | 0% | 3,700.61 | 0% | 4,758.93 | 0% | 2,806.05 | 0% | 86,281.70 | 0% | 14,872.32 | 0% | 101,154.02 | 0% |
| Computer Services | 0.00 | 31,600.00 | 1% | 600.00 | 0% | 15,084.93 | 1% | 461.32 | 0% | 437.50 | 0% | 1,652.20 | 0% | 0.00 | 0% | 8,974.00 | 0% | 0.00 | 0% | 58,809.95 | 0% | 18,363.83 | 0% | 77,173.78 | 0% |
| Internet Service | 0.00 | 0.00 | 0% | 16,428.47 | 1% | 0.00 | 0% | 0.00 | 0% | 4,585.06 | 0% | 13,017.06 | 0% | 0.00 | 0% | 10,109.16 | 0% | 0.00 | 0% | 44,139.75 | 0% | 19,195.68 | 0% | 63,335.43 | 0% |
| Laundry | 103.97 | 9,735.63 | 0% | 15,151.80 | 1% | 9,623.23 | 0% | 8,730.24 | 0% | 9,592.23 | 0% | 8,617.48 | 0% | 10,996.83 | 0% | 12,728.93 | 0% | 8,850.54 | 0% | 94,130.88 | 0% | 22,766.01 | 0% | 116,896.89 | 0% |
| Real Estate Taxes | 0.00 | 10,022.97 | 0% | 28,391.07 | 1% | 6,685.98 | 0% | 180,629.11 | 7% | 42,133.67 | 2% | 84,815.48 | 3% | 105,336.76 | 4% | 112,732.93 | 4% | 33,289.50 | 1% | 604,039.47 | 3% | (75,283.19) | -1% | 528,756.28 | 2% |
| Other Licenses & Taxes | 0.00 | 56,610.38 | 3% | 856.00 | 0% | 65.00 | 0% | (8,355.99) | 0% | 100.00 | 0% | 0.00 | 0% | 0.00 | 0% | 14,343.00 | 1% | (52,000.00) | -2% | 11,618.39 | 0% | 9,088.00 | 0% | 20,706.39 | 0% |
| Payroll Taxes | 0.00 | 108,750.73 | 5% | 126,824.32 | 5% | 109,466.21 | 4% | 103,817.76 | 4% | 117,196.51 | 5% | 113,390.41 | 4% | 112,130.18 | 4% | 109,594.68 | 4% | (36,475.67) | -1% | 864,695.13 | 4% | 294,320.63 | 4% | 1,159,015.76 | 4% |
| State Corp. Tax | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% |
| Insurance-Business | 0.00 | 10,851.00 | 0% | 4,866.38 | 0% | 0.00 | 0% | 76,868.00 | 3% | 21,618.99 | 1% | 22,802.55 | 1% | 16,691.64 | 1% | 28,939.43 | 1% | 8,155.68 | 0% | 190,793.67 | 1% | 115,001.03 | 1% | 305,794.70 | 1% |
| Repairs & Maintenance | 0.00 | 14,619.72 | 1% | 26,276.85 | 1% | 71,625.94 | 3% | 57,726.30 | 2% | 177,552.39 | 7% | 49,346.85 | 2% | 74,238.46 | 3% | (42,344.70) | -2% | (600,605.77) | -25% | (171,563.96) | -1% | 238,060.49 | 3% | 66,496.53 | 0% |
| Outside Maintenance | 0.00 | 14,289.56 | 1% | 22,289.07 | 1% | 13,276.70 | 0% | (11,155.79) | 0% | 11,955.55 | 0% | 6,107.05 | 0% | 7,051.20 | 0% | 8,148.02 | 0% | (43,125.90) | -2% | 28,835.46 | 0% | 35,696.42 | 0% | 64,531.88 | 0% |
| Trash Removal | 0.00 | 13,785.04 | 1% | 14,720.01 | 1% | 6,427.37 | 0% | 8,127.86 | 0% | 15,243.84 | 1% | 15,967.85 | 1% | 14,262.98 | 1% | 11,606.53 | 0% | 7,043.32 | 0% | 107,184.80 | 0% | 25,800.46 | 0% | 132,985.26 | 0% |
| Insurance-Group Medical | 0.00 | 35,248.52 | 2% | 36,158.99 | 1% | 37,311.21 | 1% | 26,344.32 | 1% | 85,540.00 | 3% | 48,498.67 | 2% | 48,093.50 | 2% | 37,195.46 | 1% | (12,464.82) | -1% | 341,925.85 | 1% | 87,303.97 | 1% | 429,229.82 | 1% |
| Depreciation | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 195,864.48 | 7% | 48,966.12 | 2% | 48,966.12 | 2% | 48,966.12 | 2% | 48,966.12 | 2% | (111,517.07) | -5% | 280,211.89 | 1% | 146,898.36 | 2% | 427,110.25 | 1% |
| Bonus Depreciation | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 2,562,000.00 | 105% | 2,562,000.00 | 0% | 0.00 | 0% | 2,562,000.00 | 0% |
| Equipment Lease | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 84,262.00 | 3% | 23,328.39 | 1% | 23,328.39 | 1% | 23,328.39 | 1% | 25,878.10 | 1% | 12,908.08 | 1% | 38,786.18 | 0% | 0.00 | 0% | 38,786.18 | 0% |
| Amortization | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 84,232.39 | 3% | 30,941.39 | 1% | 269,420.95 | 1% | 92,824.17 | 1% | 362,245.12 | 1% |
| Amortization-FNB Closing Costs | 0.00 | 234,298.15 | 10% | 0.00 | 0% | 34,792.18 | 1% | 739,680.95 | 28% | 212,924.57 | 8% | 212,724.57 | 8% | 181,578.57 | 7% | 205,024.57 | 8% | (28,268.35) | -1% | 1,825,047.39 | 8% | 416.48 | 0% | 416.48 | 0% |
| Rent | 0.00 | 3,719.04 | 0% | 59.92 | 0% | 3,865.71 | 0% | 29.96 | 0% | 29.96 | 0% | 3,865.67 | 0% | 29.96 | 0% | 29.96 | 0% | 11,690.14 | 0% | 1,825,047.39 | 8% | 3,955.59 | 0% | 2,455,133.78 | 8% |
| Music Service | 0.00 | 76,900.00 | 3% | 79,331.51 | 3% | 76,588.59 | 3% | 81,250.26 | 3% | 80,580.80 | 3% | 88,350.84 | 3% | 76,921.00 | 3% | 77,858.05 | 3% | 72,659.06 | 3% | 11,690.14 | 0% | 23,558.10 | 0% | 15,645.73 | 0% |
| Advertising | 0.00 | 148,760.24 | 7% | 52,561.53 | 2% | 102,118.22 | 4% | 107,205.84 | 4% | 104,026.76 | 4% | 104,721.06 | 4% | 102,524.93 | 4% | 103,243.14 | 4% | 96,598.72 | 4% | 710,440.11 | 3% | 235,387.19 | 3% | 945,827.30 | 3% |
| Franchise Royalties | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 921,761.36 | 4% | 310,966.55 | 4% | 1,232,727.91 | 4% |
| Donations & Contributions | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 387.50 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 25.00 | 0% | 25.00 | 0% |
| Dues & Subscriptions | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 387.50 | 0% | 0.00 | 0% | 0.00 | 0% | 775.00 | 0% | 495.00 | 0% | 1,270.00 | 0% |
| Payroll Processing Fees | 0.00 | 10,022.97 | 0% | 7,797.66 | 0% | 5,595.19 | 0% | 14,458.42 | 1% | 9,461.95 | 0% | 8,539.14 | 0% | 7,739.42 | 0% | (5,176.23) | 0% | 6,569.48 | 0% | 54,985.45 | 0% | 11,230.52 | 0% | 66,305.97 | 0% |
| Professional Fees | 0.00 | 89,000.00 | 4% | 29,907.61 | 1% | 11,117.00 | 0% | (110,681.99) | -4% | 5,997.50 | 0% | 43,857.67 | 2% | 14,452.87 | 1% | 39,998.67 | 2% | 219,586.54 | 1% | 46,713.52 | 1% | 266,299.64 | 1% |
| Consulting | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 50,720.00 | 2% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | (2,999.00) | 0% | 47,721.00 | 0% | 59,727.02 | 1% | 77,827.42 | 0% |
| Travel Expenses | 0.00 | 1,223.25 | 0% | 8,267.90 | 0% | 10,852.95 | 0% | 8,321.29 | 0% | 19,110.20 | 1% | 18,111.59 | 1% | 17,309.50 | 1% | 8,542.07 | 0% | (134,364.02) | -6% | (42,625.27) | 0% | 60,823.16 | 1% | 18,196.89 | 0% |
| Police Protection & Security | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 57.77 | 0% | 56.75 | 0% | 47.42 | 0% | 448.38 | 0% | 115.54 | 0% | 563.92 | 0% |
| 401(k) Expense | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% |
| Independent Contractor | 0.00 | 0.00 | 0% | 23,650.00 | 1% | 18,350.00 | 1% | (40,000.00) | -2% | 22,500.96 | 1% | 18,875.00 | 1% | 17,825.00 | 1% | 7,845.00 | 0% | (91,645.96) | -4% | (23,100.00) | 0% | 13,100.00 | 0% | 41,414.14 | 0% |
| Misc. Store Expense | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 34,655.41 | 1% | 0.00 | 0% | 102.67 | 0% | 106.32 | 0% | 164.97 | 0% | 685.89 | 0% | 35,715.66 | 0% | 5,718.87 | 0% | 41,434.53 | 0% |
| Sales Reconcile, Short/Over | 0.00 | 671.96 | 0% | 1,524.70 | 0% | 1,763.29 | 0% | 0.00 | 0% | 3,946.46 | 0% | 3,034.59 | 0% | 1,616.06 | 0% | 4,739.39 | 0% | 332.33 | 0% | 21,228.47 | 0% | 4,016.67 | 0% | 25,245.14 | 0% |
| Cash Short/Over | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | (836.82) | 0% | (836.73) | 0% |
| Corporate Overhead Applied | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 75,000.00 | 3% | 89,704.16 | 3% | 77,711.41 | 3% | 93,932.92 | 4% | 89,272.51 | 4% | 714,140.36 | 3% | 282,668.89 | 3% | 996,809.25 | 3% |
| Gross Wages-Corporate Office | 0.00 | 53,047.35 | 2% | 71,480.50 | 3% | 62,791.15 | 2% | 75,000.09 | 3% | 89,704.16 | 3% | 77,711.41 | 3% | 90,930.92 | 4% | 91,272.51 | 4% | 32,268.23 | 1% | 9,088.89 | 0% | 41,357.12 | 0% | |
| Accounting Fees | 0.00 | 6,000.00 | 0% | 0.00 | 0% | 6,000.00 | 0% | 3,000.00 | 0% | 3,000.00 | 0% | 1,500.00 | 0% | 7,214.78 | 0% | 3,000.00 | 0% | 1,766.36 | 0% | 64,033.81 | 0% | 22,085.93 | 0% | 86,119.60 | 0% |
| Bank Charges | 0.00 | 4,915.16 | 0% | 377.71 | 0% | 5,743.67 | 0% | 5,704.93 | 0% | 7,769.69 | 0% | 12,735.84 | 0% | 12,835.76 | 1% | 9,087.60 | 0% | 0.00 | 0% | (13,614.19) | -1% | 6,299.04 | 0% | 5,684.37 | 0% |
| Financing Fees | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% |
| Service Charges and Late Fees | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 828.84 | 0% | 828.84 | 0% | 0.00 | 0% | 828.84 | 0% |
| Legal | 0.00 | 0.00 | 0% | 0.00 | 0% | 4,654.00 | 0% | 1,287.00 | 0% | 11,000.00 | 0% | 0.00 | 0% | 29,641.68 | 1% | 0.00 | 0% | 0.00 | 0% | 46,582.68 | 0% | 94,129.00 | 1% | 140,831.68 | 0% |
| Gain/Loss on Sale of Assets | 0.00 | (3,621,802.53) | -161% | 0.00 | 0% | 0.00 | 0% | (500.00) | 0% | (4,000.00) | 0% | 0.00 | 0% | 0.00 | 0% | (750,000.00) | -31% | (4,376,702.53) | -19% | 0.00 | 0% | (4,376,702.53) | -14% |
| Interest Expense | 0.00 | 0.00 | 0% | 0.00 | 0% | 0.00 | 0% | 14,539.65 | 1% | 12,395.82 | 0% | 9,312.30 | 0% | 9,296.86 | 0% | 6,501.58 | 0% | 20,514.72 | 1% | 72,560.93 | 0% | 24,903.78 | 0% | 97,464.71 | 0% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Expenses** | 103.97 | (2,533,691.55) | -113% | 741,703.67 | 28% | 934,973.32 | 35% | 1,983,187.07 | 74% | 1,529,603.30 | 59% | 1,361,449.35 | 52% | 1,353,799.81 | 53% | 1,431,062.22 | 56% | 1,405,662.82 | 58% | 8,207,853.98 | 36% | 3,737,190.10 | 48% | 11,945,044.08 | 39% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Net Income (Loss)** | ($ 103.97) | $ 3,496,974.63 | | $ 345,115.76 | | $ 176,468.38 | | ($ 930,896.41) | | ($ 511,107.41) | | ($ 294,619.13) | | ($ 346,738.35) | | $ 447,999.16 | | ($ 578,882.81) | | $ 908,211.53 | | ($ 831,963.03) | | $ 76,248.50 | |

**EXHIBIT 3**

**5171 Campbells Land Co., LLC**
**Working Capital**

|  | December 2018 |
|---|---|
| **Current Assets** | |
| Petty Cash | $   83,426 |
| Bank Accounts | 1,964 |
| Intercompany | - |
| Bank Deposit Clearing | (47,157) |
| Payroll Clearing | (306,247) |
| Payroll Tax Suspense Acct | - |
| A/R - Employees | 4,171 |
| A/R - Shoes | (130) |
| A/R - 401(k) | - |
| A/R - Other | (195) |
| Inventory | 267,939 |
| Smallwares | 235,609 |
| Prepaid Expenses | - |
| Prepaid Loan Deposits | 4,486 |
| Store Capital Deposits | 2,500,000 |
| Prepaid Ohio Work Comp Ins. | (1,203) |
|  | |
| Total Current Assets | 2,742,662 |
|  | |
| Less Non- Current Assets | |
| Smallwares | (235,609) |
| Store Capital Deposits | (2,500,000) |
| Adjusted Current Assets | $   7,053 |

**EXHIBIT 3 (Continued)**

**5171 Campbells Land Co., LLC**
**Working Capital**

| | December 2018 |
|---|---|
| **Current Liabilities** | |
| Credit Card - M/C & VISA | $ - |
| Credit Card - Discover | - |
| Credit Card - AMEX | - |
| Short Term Loans | 150,417 |
| Credit Line - RGL | 500,000 |
| Accounts Payable | 2,292,960 |
| Franchise Fees Payable | 973,774 |
| Advertising Fees Payable | 232,556 |
| Credit Cards Payable | 4 |
| Sales Tax Payable | 1,262,441 |
| FIT Payable | (3,409) |
| FICA Payable | (6,583) |
| City Tax Payable | (1,428) |
| Suspense - State Inc. Tax Pay. | - |
| State Income Tax Payable | (1,128) |
| PA EE UC Withheld | (24) |
| LST Payable | 176 |
| Accrued Payroll Taxes | - |
| Accrued NY State Disability | (927) |
| Accrued Ohio CAT Tax | 5,500 |
| Accrued Utilities Payable | (10,713) |
| Acquisition Expenses Payable | - |
| Accrued Payroll | - |
| Accrued Real Estate Taxes | 169,025 |
| Accrued Rent | - |
| 401(k) Payable | - |
| Accrued Interest Payable | 41 |
| "Give Kids the World" | 11,595 |
| Gift Cards | 18,712 |
| Current Portion - LT Debt | 18,400 |
| Loan Payable - Store Capital | 1,117,920 |
| Officer Loan Payable - ST | - |
| Loan Payable - L-Four LP | 800,000 |
| Auto Loan - Ally | - |
| | |
| Total Current Liabilities | $ 7,529,308 |
| | |
| Negative Working Capital | (7,522,254) |

**EXHIBIT 5 (Continued)**

**5171 Campbells Land Co., LLC**
**2018 Operating Income (Loss)**

| | | |
|---|---:|---:|
| Net Income* | $ | 76,249 |
| | | |
| Non Operating Income/Expenses | | |
| | | |
| Gain From Sale | | (4,376,703) |
| **Operating Loss** | | **(4,300,454)** |
| | | |
| Overstated Goodwill** | | (3,809,960) |
| Contingent Operating Loss | $ | (8,110,414) |

\* Net income per internal financials is $88,269.94. $12,021.44 difference is due to an unexplained variance in total revenue.

\*\* Need supporting documentation to determine if the overstatement is current expense or capitalized other costs subject to amortization