# Exhibit 4



437 Grant Street
Suite 1000
Pittsburgh, PA  15219

Direct:    412.802.2683
Fax:        412.802.2691
rag@galantertomosovich.com

May 31, 2019

**VIA FEDEX and EMAIL**
**(Chris@StoreCapital.com)**

Christopher Volk, President and CEO
Store Capital Acquisitions, LLC
8377 East Hartford Drive
Suite 100
Scottsdale, AZ  85255

Re: BurMac Commercial Roofing, Inc. v. Store Capital Acquisitions, LLC

Dear Mr. Volk:

This is to advise that this firm represents BurMac Commerical Roofing, Inc. ("**Client**").  My Client, as general contractor to 5171 Campbells Land Company, LLC, provided labor and materials to replace the roof of a building owned by Store Capital Acquisitions, LLC located at 4896 Everhard Road, Canton, Ohio 44718 (the "**Property**").  The work was recently completed pursuant to the contract for replacement of the roof, and my Client is owed a balance of Forty Six Thousand Four Hundred Forty-Two Dollars and Sixteen Cents ($46,442.16) which to date, 5171 Campbells Land Company, LLC has failed to pay.

As a result of the non-payment aforesaid, my Client is in the process of preparing a mechanic's lien claim to be filed against the Property which your company owns.  The end result of the mechanic's lien proceeding would be to place a lien against the Property for the unpaid balance owed to my Client.  Since the lien may trigger a default under any loan documents covering the Property, it makes sense to resolve this matter beforehand.

As an alternative to litigation, my Client has requested that this firm make a demand upon you for payment of the balance due.  In return, my Client would assign its claim to Store Capital Acquisitions, LLC and release Store Capital Acquisitions, LLC from any and all claims, which my Client has in relation to this matter.

Due to the short time period that my Client has for filing its mechanics lien claim, I will allow seven (7) days for a response to this letter.  If I do not hear from you, I will assume that no payment will be forthcoming and will proceed accordingly.

Yours truly,

GALANTER TOMOSOVICH, LLC

Robert A. Galanter, Esquire

RAG/kbm

CC:  Chad D. Tomosovich, Esquire via email
       Lyena Hale via email (LHale@StoreCapital.com)