IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STORE CAPITAL ACQUISITIONS, LLC, *a Delaware limited liability company* and STORE MASTER FUNDING XIII, LLC, *a Delaware limited liability company*,<br><br>*Plaintiffs,*<br><br>v.<br><br>5171 CAMPBELLS LAND CO., INC., *a Pennsylvania corporation,* WILLIAM KANE, FRANK KANE, and RON LINABURG,<br><br>*Defendants.* | Civil Action No. 2:19-cv-685<br><br>Hon. William S. Stickman, IV |

## ORDER OF COURT

AND NOW, this 7th day of October, 2019, Plaintiffs having filed their Notice of Expiration of 60-Day Stay, ECF No. 29, IT IS HEREBY ORDERED that the stay of this matter is LIFTED and will remain in place as to Defendant 5171 Campbells Land Co., Inc. only. Defendant William Kane shall answer or otherwise plead no later than **October 28, 2019**. Plaintiffs shall execute service upon Defendant Frank Kane no later than **November 22, 2019**.

BY THE COURT:

_____
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE