IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STORE CAPITAL ACQUISITIONS, LLC, *a Delaware limited liability company* and STORE MASTER FUNDING XIII, LLC, *a Delaware limited liability company*,<br><br>*Plaintiffs*,<br><br>v.<br><br>5171 CAMPBELLS LAND CO., INC., *a Pennsylvania corporation,* WILLIAM KANE, FRANK KANE, and RON LINABURG,<br><br>*Defendants*. | Civil Action No. 2:19-cv-685<br><br>Hon. William S. Stickman IV |

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

This order sets forth the date and time for the Initial Case Management Conference as well as the dates for compliance with three requirements in preparation.

The Initial Case Management Conference pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rule 16.1 is hereby set for **January 27, 2020 at 10:30 a.m.** in Courtroom 9B. It is not required that lead counsel for the parties attend, nor is it required that any named party attend. However, counsel shall obtain full settlement authority prior to the conference and must be prepared to discuss settlement of the case and alternative dispute resolution options in detail. All pending motions are subject to argument and disposition at the conference. Clients and insurance carrier representatives must be available by telephone.

Aside from initial disclosures, *see* Fed. R. Civ. P. 26(a)(1)(A), no formal written discovery may be served prior to the Initial Case Management Conference, absent leave of court.

1

Counsel of record and all unrepresented parties are jointly responsible to ensure completion of the following three requirements in preparation:

1. By **January 6, 2020**, counsel of record for the parties and all unrepresented parties must confer either in person, over the phone, or by videoconference to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(2).

2. By **January 13, 2020**, the parties must jointly file a Rule 26(f) Report in the format set forth in Appendix 16.1.A to the Local Civil Rules.

3. By **January 13, 2020**, the parties must jointly file a stipulation selecting an Alternative Dispute Resolution (ADR) process using the fillable form available from the Court's website at

    https://www.pawd.uscourts.gov/sites/pawd/files/ADRSTIP-APRIL2017-w.pdf

 

                                                                                   BY THE COURT:

December 2, 2019                                             /s/   *William S. Stickman IV*
Date                                                                     WILLIAM S. STICKMAN IV
                                                                        UNITED STATES DISTRICT JUDGE