| Attorney or Party without Attorney:<br>BALLARD SPAHR LLP<br>JENNY N. PERKINS, ESQ. (SBN 306498)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone No: 215.665.8500<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA |
|---|

| Plaintiff: STORE CAPITAL ACQUISITIONS, LLC, et al. |
|---|
| Defendant: 5171 CAMPBELLS LAND CO., INC., et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00685-PJP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET.

3. a. Party served: FRANK KANE

4. Address where the party was served: 1132 N. BLACKMOOR DR
   MURRELLS INLET, SC 29576

5. I served the party:
   a. **by substituted service.** On: Mon, Nov 04 2019 at: 02:39 PM by leaving the copies with or in the presence of:
   FRED KANE, CO-OCCUPANT / BROTHER
   *Served Under F.R.C.P. Rule 4*

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. Person Who Served Papers:
   a. SCOTT MONAGHAN
   b. **FIRST LEGAL INVESTIGATIONS**
   2070 N. TUSTIN AVENUE, 2ND FLOOR
   SANTA ANA, CA 92705
   c. (714) 550-1375

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/12/19
(Date)          (Signature)



PROOF OF SERVICE

3967324
(375320)
Page 1 of 1

|  |  |
|---|---|
| *Attorney or Party without Attorney:*<br>BALLARD SPAHR LLP<br>JENNY N. PERKINS, ESQ. (SBN 306498)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone No: 215.665.8500<br>*Attorney For:* Plaintiff | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA

*Plaintiff:* STORE CAPITAL ACQUISITIONS, LLC, et al.
*Defendant:* 5171 CAMPBELLS LAND CO., INC., et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00685-PJP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Nov 4, 2019
   b. Place of Mailing: SANTA ANA, CA 92705
   c. Addressed as follows: FRANK KANE
                          1132 N. BLACKMOOR DR, MURRELLS INLET, SC 29576

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Nov 4, 2019 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Victoria Diaz
   b. **FIRST LEGAL INVESTIGATIONS**
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                 11/08/2019
                                                  (Date)                                      (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

3967324
(375320)